**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICROSOFT CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GEOTAG INC., <br><br> Defendant. | C.A. No. 11-cv-175 (GMS) |

**DEFENDANT GEOTAG'S MOTION TO DISMISS FOR LACK OF
SUBJECT MATTER JURISDICTION UNDER FED.R.CIV.P. 12(B)(1) OR, IN THE
ALTERNATIVE, TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(A)**

Defendant GeoTag Inc. ("GeoTag") respectfully moves this Court under Rule 12(b)(1) of the Federal Rules of Civil Procedure for an order dismissing Plaintiffs' complaint for declaratory judgment for lack of subject matter jurisdiction or, in the alternative, GeoTag moves this Court under 28 U.S.C. § 1404(a) for transfer to the United States District Court for the Eastern District of Texas. The grounds for this motion are set forth in the Opening Brief in Support which is being filed contemporaneously herewith.

April 29, 2011                                    Respectfully submitted,


                                                  By:   */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (Bar No. 3726)
Mary B. Matterer (Bar No. 2696)
MORRIS JAMES LLP
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801
(302) 888-6960
kdorsney@morrisjames.com
mmatterer@morrisjames.com

John J. Edmonds
Michael J. Collins
Stephen F. Schlather
COLLINS, EDMONDS & POGORZELSKI, PLLC
1616 S. Voss Road, Suite 125
Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
jedmonds@cepiplaw.com
mcollins@cepiplaw.com
sschlather@cepiplaw.com

COUNSEL FOR DEFENDANT
GEOTAG INC.

## **RULE 7.1.1 STATEMENT**

Counsel for Defendant GeoTag Inc. hereby states that it engaged in good faith efforts to resolve the issues raised in its Motion to Transfer Venue with opposing counsel, but to no avail.

Dated: April 29, 2011  /s/ *Kenneth L. Dorsney*
Kenneth L. Dorsney, #3726

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICROSOFT CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>GEOTAG INC.,<br><br>    Defendant. | C.A. No. 11-cv-175 (GMS) |

**[PROPOSED] ORDER**

Having considered Defendant GeoTag Inc.'s Motion to Dismiss for Lack of Subject Matter Jurisdiction under Fed.R.Civ.P. 12(b)(1) or, in the Alternative, to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) and all related briefing and argument,

**IT IS HEREBY ORDERED** this ____ day of _____, 2011 that the Motion is **GRANTED**, and this action is dismissed with prejudice.

_____
UNITED STATES DISTRICT COURT JUDGE