```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF DELAWARE

MICROSOFT CORPORATION et al.    :    CIVIL ACTION
                                :
         v.                     :
                                :
GEOTAG INC.                     :    NO. 11-175
```

## ORDER

AND NOW, this 8th day of September, 2011, upon consideration of the motions for admission of counsel pro hac vice (docket entries ## 20 & 21), and the attorneys having each paid the requisite fee, pursuant to Local Rule of Civil Procedure 83.5(c), it is hereby ORDERED that:

    1.   The motions are GRANTED; and

    2.   Sher S. Kung, Esq., Eric Buether, Esq., and Chris Joe, Esq., may PRACTICE in this Court on this case.

BY THE COURT:

/s/ Stewart Dalzell, J.