IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, and GOOGLE, INC., a Delaware Corporation, : : : : Plaintiffs, : : v. : : GEOTAG INC., a Delaware Corporation, : : Defendant. : | Civil Action No. 11-175-RGA |

**ORDER DENYING MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

This **9th** day of **December 2011**, for the reasons stated in open court on December 8, 2011, Defendant GeoTag's Motion to Dismiss for Lack of Subject Matter Jurisdiction under Fed. R. Civ. P. 12(b)(1) (D.I. 10) is denied.

_Richard G. Andrews_
United States District Judge