IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MICROSOFT CORPORATION,
a Washington Corporation, and
GOOGLE INC., a Delaware Corporation,

    Plaintiffs,

v.

GEOTAG INC., a Delaware Corporation,

    Defendant.

Civil Action No. 11-175-RGA

## ORDER

For the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (D.I. 10) is DENIED.

January 13, 2012
Date

UNITED STATES DISTRICT JUDGE