**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICROSOFT CORPORATION, et al.,<br><br>    v.<br><br>GEOTAG INC. | C.A. No. 11-cv-175 (GMS) |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and subject to the approval of the Court, that the time for Defendant GeoTag, Inc. ("GeoTag") must answer, move or otherwise respond to plaintiff's complaint (D.I. 1) in this action is extended to and including February 13, 2012, in order to allow counsel for GeoTag additional time to consult with its client and consider its response.  No party will be prejudiced by this brief extension.

Dated:  February 6, 2012

By    */s/ Arthur G. Connolly*
    Arthur G. Connolly , III
    Connolly, Bove, Lodge & Hutz
    The Nemours Building
    1007 North Orange Street
    Wilmington, DE 19899
    (302)658-9141
    aconnollyIII@cblh.com
    *Attorney for Intervenor-Plaintiffs*

By:    */s/ Kenneth L. Dorsney*
    Kenneth L. Dorsney (I.D. #3726)
    Richard K. Herrmann (I.D. #405)
    Mary B. Matterer (I.D. #2696)
    MORRIS JAMES LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE  19801
    (302) 888-6800
    kdorsney@morrisjames.com
    *Attorneys for Defendant GeoTag Inc.*

**SO ORDERED** this _____ day of _____, 2012.

_____
**Gregory M. Sleet, Chief Judge**