IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., | ) ) ) ) ) |  |
| Plaintiffs, | ) ) | Case No. 1:11-cv-00175-RGA |
| - vs. - | ) ) ) |  |
| GEOTAG, INC., | ) ) ) |  |
| Defendant. | ) ) ) |  |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 23rd day of

February, 2012, a copy of Plaintiffs' First Set of Common Interrogatories to Defendant Geotag,

Inc. (Nos. 1-8) and Plaintiffs' First Set of Requests for Production to Defendant Geotag, Inc.

(Nos. 1-75) were served upon the following counsel of record in the manner indicated:

**By Electronic Mail:**
Kenneth L. Dorsney
Morris James LLP
kdorsney@morrisjames.com

Mary Matterer
Morris James LLP
mmatterer@morrisjames.com

**By Electronic Mail:**
Christopher M. Joe
Buether Joe & Carpenter, LLC
Chris.Joe@BJCIPLaw.com

Eric W. Buether
Buether Joe & Carpenter, LLC
Eric.Buether@BJCIPLaw.com

Brian A. Carpenter
Buether Joe & Carpenter, LLC
Brian.Carpenter@BJCIPLaw.com

Mark D. Perantie
Buether Joe & Carpenter, LLC
Mark.Perantie@BJCIPLaw.com

Niky Bukovcan
Buether Joe & Carpenter, LLC
Niky.Bukovcan@BJCIPLaw.com

DATED: February 27, 2012

CONNOLLY BOVE LODGE & HUTZ LLP

/s/Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
AConnollyIII@cblh.com
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Plainitffs*

Of Counsel:

Ramsey M. Al-Salam (*Pro Hac Vice)*
ralsalam@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Tel: (206) 359-8000 / Fax: (206) 359-9000

2