**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 11-175 RGA ) |
| GEOTAG, INC., | ) ) |
| Defendant and Counterplaintiff | ) ) ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of the following document, **DEFENDANT GEOTAG, INC.'S RULE 26(a)(1) INITIAL DISCLOSURES,** were served upon the attorneys listed below as indicated on March 5, 2012:

<u>VIA HAND DELIVERY AND EMAIL</u>
Arthur Connolly, III
Thatcher Rahmeier
CONNOLLY, BOVE, LODGE & HUTZ
1007 North Orange Street
Wilmington, Delaware 19899
aconnollyIII@cblh.com
trahmeier@cblh.com

<u>VIA EMAIL</u>
Christopher Kao
PERKINS COIE
3150 Porter Drive
Palo Alto, California 94304
ckao@perkinscoie.com


Ramsey Al-Salam
Sher Kung
Stevan Stark, Jr.
PERKINS COIE
1201 Third Avenue, Suite 4800
Seattle, Washington 98101
ralsalam@perkinscoie.com
skung@perkinscoie.com
sstark@perkinscoie.com

*Attorneys for Plaintiff Microsoft Corporation*

2

Dated: March 5, 2012

           By:   */s/ Kenneth L. Dorsney*
                Kenneth L. Dorsney (#3726)
                Richard K. Herrmann (#405)
                Mary B. Matterer (#2696)
                MORRIS JAMES LLP
                500 Delaware Avenue, Suite 1500
                Wilmington, Delaware 19801-1494
                (302) 888-6800
                kdorsney@morrisjames.com

                *Attorneys for Defendant GeoTag*