IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., <br><br>    Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> GEOTAG, INC., <br><br>    Defendant and Counterclaim Plaintiff. | Case No. 1:11-cv-00175-RGA |

## GOOGLE'S ANSWER TO GEOTAG'S COUNTERCLAIMS

Plaintiff and Counterclaim Defendant Google Inc. ("Google") responds to Defendant and Counterclaim Plaintiff GeoTag, Inc.'s ("Geotag") Counterclaims as follows:

1.  Paragraph 1 of the Counterclaims pertains to Plaintiff Microsoft Corporation ("Microsoft"), and therefore no response is required from Google.

2.  Paragraph 2 of the Counterclaims pertains to Microsoft, and therefore no response is required from Google.

3.  Paragraph 3 of the Counterclaims pertains to Microsoft, and therefore no response is required from Google.

4.  Paragraph 4 of the Counterclaims pertains to Microsoft, and therefore no response is required from Google.

5.  Paragraph 5 of the Counterclaims pertains to Microsoft, and therefore no response is required from Google.

6.  Paragraph 6 of the Counterclaims pertains to Microsoft, and therefore no response is required from Google.

7.     Paragraph 7 of the Counterclaims pertains to Microsoft, and therefore no response is required from Google.

8.     Paragraph 8 of the Counterclaims pertains to Microsoft, and therefore no response is required from Google.

9.     Paragraph 9 of the Counterclaims pertains to Microsoft, and therefore no response is required from Google.

10.    Paragraph 10 of the Counterclaims pertains to Microsoft, and therefore no response is required from Google.

11.    Paragraph 11 of the Counterclaims pertains to Microsoft, and therefore no response is required from Google.

12.    Paragraph 12 of the Counterclaims asserts legal conclusions to which no response is required.

13.    Paragraph 13 of the Counterclaims asserts legal conclusions to which no response is required.

14.    Google is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 14 of the Counterclaims and on that basis denies them.

15.    Google admits that U.S. Patent No. 5,930,474 ("the '474 Patent") is titled "Internet Organized for Accessing Geographically and Topically Based Information" and issued on July 27, 1999. Google further admits that Exhibit "A" purports to be a copy of the '474 Patent. Google denies the remaining allegations of Paragraph 15 of the Counterclaims.

16.    Google is without knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 16 of the Counterclaims, and on that basis denies them.

17.    Google admits the allegations contained in the first two sentences of Paragraph 17 of the Counterclaims. Google denies the remaining allegations of Paragraph 17.

18. Paragraph 18 of the Counterclaims asserts legal conclusions to which no response is required.

19. Google denies the allegations of Paragraph 19 of the Counterclaims.

20. Google denies the allegations of Paragraph 20 of the Counterclaims.

21. Google denies the allegations of Paragraph 21 of the Counterclaims.

22. Google denies the allegations of Paragraph 22 of the Counterclaims.

## AFFIRMATIVE DEFENSES

As and for its affirmative defenses to all claims purported to be set forth against it in GeoTag's Counterclaims, including the Prayer for Relief therein, Google alleges as follows:

### First Affirmative Defense

GeoTag's Counterclaims fail to state a claim upon which relief can be granted.

### Second Affirmative Defense

Google does not infringe and has not infringed, either directly or indirectly, any claim of U.S. Patent No. 5,930,474 ("the '474 Patent"), literally or under the doctrine of equivalents.

### Third Affirmative Defense

One or more claims of the '474 Patent is invalid because it fails to satisfy the conditions for patentability specified in 35 U.S.C. § 100 *et seq.*, including but not limited to §§ 101, 102, 103, and/or 112.

### Fourth Affirmative Defense

To the extent that GeoTag and its predecessors-in-interest, failed to properly mark any of their relevant products as required by 35 U.S.C. § 287 or otherwise give proper notice that Google's actions allegedly infringed the '474 Patent, Google is not liable to GeoTag for the acts alleged to have been performed before Google received actual notice that it was allegedly infringing the '474 Patent.

### Fifth Affirmative Defense

GeoTag's Counterclaims are barred in whole or in part by the doctrine of prosecution history estoppel and/or prosecution disclaimer.

### Sixth Affirmative Defense

GeoTag's Counterclaims are barred in whole or in part by the doctrines of estoppel, waiver and/or laches.

### Sixth Affirmative Defense

GeoTag's Counterclaims are barred in whole or in part by 28 U.S.C. §1498.

### Seventh Affirmative Defense

GeoTag's Counterclaims are barred in whole or in part by 35 U.S.C. § 286.

### Eighth Affirmative Defense

GeoTag is not entitled to injunctive relief because it has an adequate remedy at law for any claims it can prove.

### JURY DEMAND

Google hereby demands a jury trial on all triable issues in this case.

### PRAYER FOR RELIEF

WHEREFORE, Google respectfully requests the Court to enter judgment in its favor and against GeoTag as follows:

A.     For judgment that the '474 Patent, and each of the claims therein, are invalid;

B.     For judgment that Google does not infringe the '474 Patent;

C.     For costs and reasonable attorneys' fees incurred in connection with this action;

D.     For such other and further relief as the Court deems just.

|  |  |
|---|---|
| Dated: March 8, 2012 | By: /s/Arthur G. Connolly, III <br> Arthur G. Connolly III (#2667) <br> AConnollyIII@cblh.com <br> CONNOLLY BOVE LODGE & HUTZ LLP <br> 1007 North Orange Street <br> Post Office Box 2207 <br> Wilmington, DE 19899 <br> Tel: (302) 888-6318 / Fax: (302) 658-5614 <br><br> Ramsey M. Al-Salam (*Pro Hac Vice*) <br> ralsalam@perkinscoie.com <br> PERKINS COIE LLP <br> 1201 Third Avenue, Suite 4800 <br> Seattle, WA 98101-3099 <br> Tel: (206) 359-8000 / Fax: (206) 359-9000 <br><br> Attorneys for Plaintiff Google Inc. |