# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, and GOOGLE INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>GEOTAG, INC., a Delaware corporation,<br><br>    Defendant. | )<br>)<br>)<br>) C.A. No. 11-175-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Matthew C. Bernstein and Patrick J. McKeever of Perkins Coie LLP, 11988 El Camino Real, Suite 200, San Diego, CA 92130, Melody K. Glazer of Perkins Coie LLP, 1 East Main Street, Suite 201, Madison, WI 53703 and Victoria Q. Smith of Perkins Coie LLP, 3150 Porter Drive, Palo Alto, CA 94304, to represent plaintiffs Microsoft Corporation and Google Inc. in this matter.

                       CONNOLLY BOVE LODGE & HUTZ LLP

Dated: March 13, 2012        By: */s/ Arthur G. Connolly, III*
                       Arthur G. Connolly, III (#2667)
                       1007 N. Orange Street
                       P.O. Box 2207
                       Wilmington, DE  19899
                       Tel: (302) 658-9141
                       Email: AConnollyIII@cblh.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Matthew C. Bernstein, Patrick J. McKeever, Melody K. Glazer and Victoria Q. Smith is granted.

Dated: _____        _____
                       United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

_____
Matthew C. Bernstein
PERKINS COIE
11988 El Camino Real
Suite 200
San Diego, CA 92130
(858) 720-5700

Dated: March 12, 2012

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Patrick J. McKeever
PERKINS COIE
11988 El Camino Real
Suite 200
San Diego, CA 92130
(858) 720-5700

Dated: March 12, 2012

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Wisconsin. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

Melody K. Glazer
PERKINS COIE
1 East Main Street
Suite 201
Madison, WI 53703
(608) 663-7460

DATED: March 12th, 2012

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the States of California and Texas. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☑ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Victoria Q. Smith
PERKINS COIE
3150 Porter Drive
Palo Alto, CA 94304
(650) 838-4300

DATED: March 12, 2012