**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICROSOFT CORPORATION, et al.,<br><br>  v.<br><br>GEOTAG INC. | C.A. No. 11-cv-175-RGA |

**STIPULATION AND ORDER AMENDING SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and subject to the approval of the Court, that the Rule 16 Scheduling Order (D.I. 42) in this action be amended so that the time within which the parties shall file an Agreed Protective Order and an Agreed Discovery Order is extended to March 30, 2012.

Dated:  March 14, 2012

By    */s/ Arthur G. Connolly, III*
    Arthur G. Connolly, III (I.D. #2667)
    Connolly, Bove, Lodge & Hutz
    The Nemours Building
    1007 North Orange Street
    Wilmington, DE 19899
    (302)658-9141
    aconnollyIII@cblh.com
    *Attorney for Intervenor-Plaintiffs*

By:    */s/ Kenneth L. Dorsney*
    Kenneth L. Dorsney (I.D. #3726)
    Richard K. Herrmann (I.D. #405)
    Mary B. Matterer (I.D. #2696)
    MORRIS JAMES LLP
    500 Delaware Avenue, Suite 1500
    Wilmington, DE 19801
    (302) 888-6800
    kdorsney@morrisjames.com
    *Attorneys for Defendant GeoTag Inc.*

**SO ORDERED** this _____ day of March, 2012.

_____
Hon. Richard G. Andrews
United States District Court Judge