IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) C.A. No. 11-175 (RGA) |
| v. | )<br>) |
| GEOTAG INC., | )<br>) |
| Defendant. | ) |

## TALEO CORPORATION'S MOTION TO INTERVENE

Taleo Corporation ("Taleo") by its undersigned counsel hereby moves the Court, pursuant to Fed. R. Civ. P. 24(b), for an Order (in the form attached hereto) permitting Taleo to intervene as an additional plaintiff in this action. The grounds for this motion set forth in the accompanying Memorandum in Support of Intervenor-Plaintiff Taleo Corporation's Motion to Intervene.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Jason C. Kravitz
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

David C. McKone
NIXON PEABODY LLP
300 S. Riverside Plaza
16th Floor
Chicago, IL  60606
(312) 425-3900

March 26, 2012
5828128

/s/ *Thomas C. Grimm*
Thomas C. Grimm (#1098)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
tgrimm@mnat.com
  *Attorneys for Intervenor-Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., | ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 11-175 (RGA) |
| v. | ) ) |
| GEOTAG INC., | ) ) |
| Defendant. | ) |

## [PROPOSED] ORDER

The Court having considered Intervenor-Plaintiff Taleo Corporation's Motion to Intervene, and finding good cause for the Motion,

IT IS ORDERED THIS ___ day of _____. 2012, that the Motion is Granted and Intervenor-Plaintiff is authorized to file its Complaint in this action.

_____
United States District Court Judge

5828128

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 26, 2012, upon the following in the manner indicated:

**BY E-MAIL**

Arthur G. Connolly, III
Thatcher A. Rahmeier
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
aconnollyIII@cblh.com
trahmeier@cblh.com
 *Attorneys for Microsoft Corporation and Google Inc.*

Ramsey M. Al-Salam
Stevan R. Stark, Jr.
Sher S. Kung
PERKINS COIE
1201 Third Avenue, Suite 4800
Seattle, WA 98101
ralsalam@perkinscoie.com
sstark@perkinscoie.com
SKung@perkinscoie.com
 *Attorneys for Microsoft Corporation and Google Inc.*

Christopher Kao
Victoria Q. Smith
PERKINS COIE
3150 Porter Drive
Palo Alto, CA 94304
ckao@perkinscoie.com
vsmith@perkinscoie.com
 *Attorneys for Microsoft Corporation and Google Inc.*

Matthew C. Bernstein
Patrick J. McKeever
PERKINS COIE
11988 El Camino Real, Suite 200
San Diego, CA 92130
mbernstein@perkinscoie.com
pmckeever@perkinscoie.com
  *Attorneys for Microsoft Corporation and Google Inc.*

Melody K. Glazer
PERKINS COIE
1 East Main Street, Suite 201
Madison, WI 83703
mglazer@perkinscoie.com
  *Attorneys for Microsoft Corporation and Google Inc.*

Kenneth L. Dorsney
Mary Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899-2306
kdorsney@morrisjames.com
mmatterer@morrisjames.com
  *Attorneys for GeoTag Inc.*

Eric Buether
Chris Joe
BUETHER JOE & CARPENTER LLC
1700 Pacific Avenue, Suite 2390
Dallas, TX 75201
Eric.Buether@BJCIPLaw.com
Chris.Joe@BJCIPLaw.com
  *Attorneys for GeoTag Inc.*

*/s/ Thomas C. Grimm*
Thomas C. Grimm (#1098)

5828074