IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., | ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 11-175 (RGA) |
| v. | ) ) |
| GEOTAG INC., | ) ) |
| Defendant. | ) ) ) |

## DECLARATION OF THOMAS C. GRIMM

## VOLUME 2 OF 2

                                                    MORRIS, NICHOLS, ARSHT & TUNNELL LLP
                                                    Thomas C. Grimm (#1098)
                                                    1201 N. Market Street
                                                    P.O. Box 1347
                                                    Wilmington, DE  19899-1347
                                                    (302) 658-9200

OF COUNSEL:                            tgrimm@mnat.com
                                                    *Attorneys for Plaintiff-Intervenor*
Jason C. Kravitz                         *Taleo Corporation*
NIXON PEABODY LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

David C. McKone
NIXON PEABODY LLP
300 S. Riverside Plaza, 16th Floor
Chicago, IL  60606
(312) 425-3900

March 26, 2012