IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> GEOTAG, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 11-175- RGA |

## MICROSOFT CORPORATION AND GOOGLE INC.'S RESPONSE TO INTERVENOR TALEO CORPORATION'S MOTION TO INTERVENE

Microsoft Corporation and Google Inc. (collectively "Plaintiffs") hereby respond to Taleo Corporation's motion to intervene as an intervenor-plaintiff in this action (D.I. 51). Plaintiffs are not opposed to Taleo's motion to intervene so long as such intervention does not cause delay or otherwise impact the dates set forth in the Court's Scheduling Order entered on February 27, 2012.

Dated: April 12, 2012

OF COUNSEL:

Ramsey M. Al-Salam *(Pro Hac Vice)*
Stevan R. Stark *(Pro Hac Vice)*
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
sstark@perkinscoie.com
ralsalam@perkinscoie.com

/s/Arthur G. Connolly III
Arthur G. Connolly III (#2667)
Thatcher A. Rahmeier (#5222)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Post Office Box 2207
Wilmington, DE 19899
Telephone: (302) 888-6318
Facsimile: (302) 658-5614
AConnollyIII@cblh.com
trahmeier@cblh.com

*Attorneys for Plaintiffs*