IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICROSOFT CORPORATION, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 11-175-RGA |
| GEOTAG INC., | : | |
| Defendant. | : | |

## ORDER

This **12th** day of **April 2012**, IT IS HEREBY ORDERED that the Court modifies paragraph 8 of the scheduling order (D.I. 42). The deadline (**October 26, 2012**) for completion of claims construction briefing will be moved back, and the parties should meet and confer to agree to a schedule compliant with the following:

**Claim Construction Briefing**: The Plaintiff shall serve, but not file, its opening brief, not to exceed 20 pages, on _____. The Defendant shall serve, but not file, its answering brief, not to exceed 30 pages, on _____. The Plaintiff shall serve, but not file, its reply brief, not to exceed 20 pages, on _____. The Defendant shall serve, but not file, its sur-reply brief, not to exceed 10 pages, on _____.

No later than **November 2, 2012**, the parties shall file a Joint Claim Construction Brief. The parties shall copy and paste their briefed positions by claim term in sequential order, in substantially the form below.

**JOINT CLAIM CONSTRUCTION BRIEF**

I.      Agreed-upon Constructions

II.   Disputed Constructions

A.   [TERM 1]
    1.   Plaintiff's Opening Position
    2.   Defendant's Opening Position
    3.   Plaintiff's Reply Position
    4.   Defendant's Sur-Reply Position

B.   [TERM 2]
    1.   Plaintiff's Opening Position
    2.   Defendant's Opening Position
    3.   Plaintiff's Reply Position
    4.   Defendant's Sur-Reply Position

If there are any materials that would be submitted in an appendix, the parties shall submit them in a joint appendix.

_/s/ Richard G. Andrews_
United States District Judge