**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICROSOFT CORPORATION, et al.,<br><br>  v.<br><br>GEOTAG INC. | C.A. No. 11-cv-175-RGA |

**STIPULATION AND ORDER AMENDING SCHEDULING ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and subject to the approval of the Court, that the Agreed Electronic Discovery Order (D.I. 58) in this action be amended so that the time within which Plaintiff Google Inc. shall make its initial disclosures under Paragraph 2 is extended to April 27, 2012.

Dated:  April 20, 2012

By   */s/ Arthur G. Connolly, III*
　　Arthur G. Connolly, III (I.D. #2667)
　　Connolly, Bove, Lodge & Hutz
　　The Nemours Building
　　1007 North Orange Street
　　Wilmington, DE 19899
　　(302)658-9141
　　aconnollyIII@cblh.com
　　*Attorney for Plaintiffs*

By:   */s/ Kenneth L. Dorsney*
　　Kenneth L. Dorsney (I.D. #3726)
　　Richard K. Herrmann (I.D. #405)
　　Mary B. Matterer (I.D. #2696)
　　MORRIS JAMES LLP
　　500 Delaware Avenue, Suite 1500
　　Wilmington, DE  19801
　　(302) 888-6800
　　kdorsney@morrisjames.com
　　*Attorneys for Defendant GeoTag Inc.*

**SO ORDERED** this _____ day of April, 2012.

_____
Hon. Richard G. Andrews
United States District Court Judge