IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., | ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 11-175 (RGA) |
| v. | ) ) |
| GEOTAG INC., | ) ) ) |
| Defendant. | ) ) |

## DECLARATION OF JOSH FADDIS

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | Thomas C. Grimm (#1098) |
|  | 1201 N. Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE  19899-1347 |
|  | (302) 658-9200 |
| OF COUNSEL: | tgrimm@mnat.com |
|  | *Attorneys for Plaintiff-Intervenor* |
| Jason C. Kravitz | *Taleo Corporation* |
| NIXON PEABODY LLP |  |
| 100 Summer Street |  |
| Boston, MA  02110 |  |
| (617) 345-1000 |  |

David C. McKone
NIXON PEABODY LLP
300 S. Riverside Plaza, 16th Floor
Chicago, IL  60606
(312) 425-3900

April 27, 2012

IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No. 1:11-cv-00175-RGA |
| -v- | )<br>) |
| GEOTAG, INC., | )<br>) |
| Defendant. | ) |

## DECLARATION OF JOSH FADDIS

I, Josh Faddis, hereby declare as follows:

1. I am a Senior Vice President and General Counsel for Taleo. I have personal knowledge of the facts stated herein, except those stated on information and belief and, if called upon, could and would testify competently to them.

2. I have reviewed a list of the defendants sued by GeoTag, Inc., in the United States District Court for the Eastern District of Texas, in the following cases:

    a. CIVIL ACTION NO. 2:10cv265;

    b. CIVIL ACTION NO. 2:10cv272;

    c. CIVIL ACTION NO. 2:10cv569

    d. CIVIL ACTION NO. 2:10cv570;

    e. CIVIL ACTION NO. 2:10cv571;

    f. CIVIL ACTION NO. 2:10cv572;

    g. CIVIL ACTION NO. 2:10cv573;

    h. CIVIL ACTION NO. 2:10cv574;

    i. CIVIL ACTION NO. 2:10cv575;

j. CIVIL ACTION NO. 2:10cv587;

k. CIVIL ACTION NO. 2:11cv175;

l. CIVIL ACTION NO. 2:11cv403;

m. CIVIL ACTION NO. 2:11cv404;

n. CIVIL ACTION NO. 2:11cv405;

o. CIVIL ACTION NO. 2:11cv421;

p. CIVIL ACTION NO. 2:11cv424;

q. CIVIL ACTION NO. 2:11cv425;

r. CIVIL ACTION NO. 2:11cv426;

s. CIVIL ACTION NO. 2:12cv43.

3. I have compared that list of defendants to Taleo's current list of customers.

4. Eighty-three of the defendants named in the Texas lawsuits listed above are current Taleo customers.

5. I spoke by telephone with counsel for Levi Strauss & Co., a defendant in Texas action 2:10cv587, on April 18, 2012. Levi's counsel informed me that GeoTag has accused Levi's of patent infringement based on a product supplied by Taleo to Accenture. Accenture resold the Taleo product to Levi's. According to Levi's attorneys, Levi's will be tendering an indemnity demand to Accenture based on the Taleo product. Taleo, in turn, expects to receive an indemnity demand from Accenture based on the Taleo product supplied by Accenture to Levi's.

6. Attached as Exhibit R is a true and correct copy of an April 23, 2012, letter from Dr. Pepper Snapple Group to Taleo I received requesting indemnity in the lawsuit No. 2:10-cv-572 brought by GeoTag against Dr. Pepper Snapple Group in in the United States District Court for the Eastern District of Texas.

I declare under the laws of the United States of America and penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April, 2012, in Dublin, California.

_____
Josh Faddis

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 27, 2012, upon the following in the manner indicated:

**BY E-MAIL**

Arthur G. Connolly, III
Thatcher A. Rahmeier
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
**aconnollyIII@cblh.com**
**trahmeier@cblh.com**
  *Attorneys for Microsoft Corporation and Google Inc.*

Michael J. Bettinger
Christy V. La Pierre
Irene I. Yang
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
**mike.bettinger@klgates.com**
**christy.lapierre@klgates.com**
**irene.yang@klgates.com**
  *Attorneys for Microsoft Corporation and Google Inc.*

Michael J. Abernathy
Brian J. Arnold
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, IL  60602
**mike.abernathy@klgates.com**
**brian.arnold@klgates.com**
  *Attorneys for Microsoft Corporation and Google Inc.*

Kenneth L. Dorsney
Mary Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
**kdorsney@morrisjames.com**
**mmatterer@morrisjames.com**
  *Attorneys for GeoTag Inc.*

Eric Buether
Chris Joe
BUETHER JOE & CARPENTER LLC
1700 Pacific Avenue, Suite 2390
Dallas, TX 75201
**Eric.Buether@BJCIPLaw.com**
**Chris.Joe@BJCIPLaw.com**
  *Attorneys for GeoTag Inc.*

>                                            */s/ Thomas C. Grimm*
>                                            Thomas C. Grimm (#1098)