# EXHIBIT R

5301 LEGACY DRIVE
PLANO TX 75024-3109
PO BOX 869077
PLANO TX 75086-9077
PHONE: (972) 673-8955
MICHAEL.WOODS@DPSG.COM



APR 2 3 2012

*Via Federal Express and e-Mail*

April 19, 2012

Taleo Corporation ("Taleo")
Attn: Josh Faddis, Group Vice President, Legal
4140 Dublin Boulevard, Suite 400
Dublin, CA 94568

e-mail: faddisj@taleo.com

Subject:     Assertion of Patent Infringement by Geotag, Inc. ("Geotag") Against Dr Pepper
             Snapple Group, Inc. and/or its Subsidiaries (collectively, "DPS")

Dear Mr. Faddis:

As you probably know, Taleo provides DPS with certain services and software in support of
DPS's employee staffing needs. This software and these services are defined in the enclosed
Service Agreement ("Agreement") between Taleo and DPS.

On December 17, 2010, Geotag filed a lawsuit against DPS accusing DPS of patent
infringement. A copy of the complaint is enclosed for your reference.

We are writing you now, because, just this week, DPS was notified that Geotag believed that
DPS's use of Taleo's software and services infringe its patent.

Under our Agreement, Taleo must indemnify, defend, and/or settle the claim at Taleo's
expense.

By this letter, DPS gives Taleo prompt written notice of this claim, as required by the
Agreement. Also under the Agreement, Taleo must provide us with written assurance of its
obligation and ability to pay such claim, whether by insurance or otherwise.

Will you please contact me on or before __April 27, 2012__, so that we may discuss this assertion of
patent infringement? In the meantime, if you need additional information from DPS, please let
me know.

Sincerely and with best regards,

Michael Woods
Intellectual Property Counsel

Encl.:  Complaint filed by Geotag on December 17, 2010 (24 pages)
        Agreement between Taleo and DPS (68 pages)