IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., | ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 11-175 (RGA) |
| v. | ) ) |
| GEOTAG INC., | ) ) |
| Defendant. | ) ) |

## REPLY DECLARATION OF THOMAS C. GRIMM

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | Thomas C. Grimm (#1098) |
|  | 1201 N. Market Street |
|  | P.O. Box 1347 |
|  | Wilmington, DE  19899-1347 |
|  | (302) 658-9200 |
| OF COUNSEL: | tgrimm@mnat.com |
|  | *Attorneys for Plaintiff-Intervenor* |
| Jason C. Kravitz | *Taleo Corporation* |
| NIXON PEABODY LLP |  |
| 100 Summer Street |  |
| Boston, MA  02110 |  |
| (617) 345-1000 |  |
|  |  |
| David C. McKone |  |
| NIXON PEABODY LLP |  |
| 300 S. Riverside Plaza, 16th Floor |  |
| Chicago, IL  60606 |  |
| (312) 425-3900 |  |

April 27, 2012

13889618.1

**IN THE UNITED STATES DISTRICT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., <br><br> Plaintiffs, <br><br> v. <br><br> GEOTAG INC., <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 11-175 (RGA) ) ) ) ) ) ) |

**REPLY DECLARATION OF THOMAS C. GRIMM**

I, Thomas C. Grimm, hereby declare as follows:

1. I am an attorney at Morris, Nichols, Arsht & Tunnell LLP, counsel for Taleo Corporation ("Taleo"). I have personal knowledge of the facts stated herein, except those stated on information and belief and, if called upon, could and would testify competently to them. I make this declaration in support of Taleo's Reply to GeoTag, Inc.'s Response to Taleo's Motion To Intervene.

2. Attached as Exhibit S is a true and correct copy of docket item 23 in Case No. 2:2010-cv-00272 in the United States District Court for the Eastern District of Texas.

3. Attached as Exhibit T is a true and correct copy of docket item 31 in Case No. 2:2010-cv-00272 in the United States District Court for the Eastern District of Texas.

4. Attached as Exhibit U is a true and correct copy of docket item 32 in Case No. 2:2010-cv-00272 in the United States District Court for the Eastern District of Texas.

5. Attached as Exhibit V is a true and correct copy of docket item 47 in Case No. 2:2010-cv-00272 in the United States District Court for the Eastern District of Texas.

13889618.1

6. Attached as Exhibit W is a true and correct copy of the relevant portion from docket item 62 in Case No. 2:2010-cv-00272 in the United States District Court for the Eastern District of Texas.

7. Attached as Exhibit X is a true and correct copy of docket item 64 in Case No. 2:2010-cv-00272 in the United States District Court for the Eastern District of Texas.

8. Attached as Exhibit Y is a true and correct copy of the relevant portion from docket item 80 in Case No. 2:2010-cv-00272 in the United States District Court for the Eastern District of Texas.

9. Attached as Exhibit Z is a true and correct copy of docket item 83 in Case No. 2:2010-cv-00272 in the United States District Court for the Eastern District of Texas.

I declare under the laws of the United States of America and penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April, 2012, in Wilmington, Delaware.

*/s/ Thomas C. Grimm*
_____
Thomas C. Grimm (#1098)

5886531

13889618.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 27, 2012, upon the following in the manner indicated:

**BY E-MAIL**

Arthur G. Connolly, III
Thatcher A. Rahmeier
CONNOLLY, BOVE, LODGE & HUTZ
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801
**aconnollyIII@cblh.com**
**trahmeier@cblh.com**
  *Attorneys for Microsoft Corporation and Google Inc.*

Michael J. Bettinger
Christy V. La Pierre
Irene I. Yang
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, CA  94111
**mike.bettinger@klgates.com**
**christy.lapierre@klgates.com**
**irene.yang@klgates.com**
  *Attorneys for Microsoft Corporation and Google Inc.*

Michael J. Abernathy
Brian J. Arnold
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, IL  60602
**mike.abernathy@klgates.com**
**brian.arnold@klgates.com**
  *Attorneys for Microsoft Corporation and Google Inc.*

2

Kenneth L. Dorsney
Mary Matterer
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
**kdorsney@morrisjames.com**
**mmatterer@morrisjames.com**
  *Attorneys for GeoTag Inc.*

Eric Buether
Chris Joe
BUETHER JOE & CARPENTER LLC
1700 Pacific Avenue, Suite 2390
Dallas, TX 75201
**Eric.Buether@BJCIPLaw.com**
**Chris.Joe@BJCIPLaw.com**
  *Attorneys for GeoTag Inc.*


                              */s/ Thomas C. Grimm*
                              Thomas C. Grimm (#1098)