

Kenneth L. Dorsney
302.888.6855
kdorsney@morrisjames.com

May 4, 2012

**VIA CM/ECF AND HAND DELIVERY**
The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

  **RE:** *Microsoft Corporation and Google Inc. v. GeoTag Inc.*, C.A. No. 11-175-RGA

Dear Judge Andrews:

  In response to Microsoft's May 4, 2012 letter (D.I. 85), GeoTag is in the process of preparing supplemental responses, and began that process on or about May 2, 2012. GeoTag did not state whether it would or would not supplement by the unilaterally imposed May 3 deadline.

               Respectfully,

               Kenneth L. Dorsney

KLD/

cc: All counsel of record (via email)