**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> GEOTAG, INC., <br><br> Defendant and Counterclaim Plaintiff. | Case No. 1:11-cv-00175-RGA |

**PLAINTIFF MICROSOFT CORPORATION'S NOTICE OF THIRD PARTY
SUBPOENAS TO MAPQUEST INC.**

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff Microsoft Corporation ("Microsoft") will take the deposition upon oral examination of MapQuest Inc. on the requests set forth in the attached subpoena, at the time and place indicated in the subpoena, or at such other time and place as may be agreed upon by the parties. The deposition will continue from day to day until completed. Some or all of the deposition testimony may be recorded by stenographic, audio, audiovisual, video, and/or real-time computer means.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, MapQuest Inc. is commanded to produce and/or permit inspection and copying of the documents and things specified in Exhibit A to the attached subpoena at the time and place indicated in the subpoena, or at such other time and place as may be agreed upon by the parties.

Dated:  May 4, 2012                                      */s/ Arthur G. Connolly, III*
                                                          Arthur G. Connolly, III (#2667)
Thatcher A. Rahmeier (#5222)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 North Orange Street
Post Office Box 2207
Wilmington, DE  19899
Telephone: (302) 888-6318
Facsimile:  (302) 658-5614
AConnollyIII@cblh.com
trahmeier@cblh.com

OF COUNSEL:

Stevan R. Stark *(Pro Hac Vice)*
Ramsey M. Al-Salam *(Pro Hac Vice)*
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone: (206) 359-8000
Facsimile:  (206) 359-9000
sstark@perkinscoie.com
ralsalam@perkinscoie.com

*Attorneys for Plaintiff Microsoft Corporation*


## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2012, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to counsel of record, and served true and correct copies upon the following via electronic mail at the email addresses listed below.

| | |
|---|---|
| Kenneth L. Dorsney | Christopher M. Joe |
| Richard K. Herrmann | Eric W. Buether |
| Mary B. Matterer | Brian A. Carpenter |
| MORRIS JAMES LLP | Mark D. Perantie |
| 500 Delaware Avenue, Suite 1500 | Niky Bukovcan |
| Wilmington, DE 19801-1494 | BUETHER JOE & CARPENTER, LLC |
| kdorsney@morrisjames.com | 1700 Pacific, Suite 2390 |
| rherrmann@morrisjames.com | Dallas, TX 75201 |
| mmatterer@morrisjames.com | Chris.Joe@BJCIPLaw.com |
| | Eric.Buether@BJCIPLaw.com |
| | Brian.Carpenter@BJCIPLaw.com |
| | Mark.Perantie@BJCIPLaw.com |
| | Niky.Bukovcan@BJCIPLaw.com |

*Attorneys for Defendant GeoTag, Inc.*

/s/ *Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)