# Exhibit A

| | |
|---|---|
| **From:** | La Pierre, Christy V. |
| **Sent:** | Tuesday, April 24, 2012 11:31 AM |
| **To:** | 'Niky.Bukovcan@BJCIPLaw.com'; Joe, Chris (EXTERNAL) |
| **Cc:** | Bettinger, Mike; Abernathy, Michael J.; Yang, Irene; Brooks, Perry |
| **Subject:** | GeoTag - Google's Source Code |

Niky,

Thank you for your email. The Google source code is available for inspection at K&L Gates' San Francisco office, located at Four Embarcadero Center, Suite 1200, San Francisco, CA 94111. Please let us know who the two individuals are who will be reviewing the code and further when they intend on reviewing the code.

Thanks,
Christy

---

**From:** Niky Bukovcan [mailto:Niky.Bukovcan@BJCIPLaw.com]
**Sent:** Tuesday, April 24, 2012 7:34 AM
**To:** Yang, Irene
**Cc:** Brooks, Perry
**Subject:** GeoTag - Google's Source Code

Irene,

I represent GeoTag and we have received your letter regarding K&L Gates' representation of Google. I left you a message but thought I would drop you a line as well. Per our agreement with prior counsel and the Court's Protective Order, the source code needs to be made available at the Perkins Coie offices in Palo Alto. We have two individuals in Palo Alto this morning who will be reviewing code and need to have access. Please give me a call so we can discuss.

NIKY BUKOVCAN

BUETHER JOE & CARPENTER, LLC
1700 PACIFIC · SUITE 4750 · DALLAS, TX 75201
DIRECT 214.466.1278 · FAX 214.635.1831
IP & COMMERCIAL LITIGATION

