# Exhibit B

| | |
|---|---|
| **From:** | La Pierre, Christy V. |
| **Sent:** | Friday, April 27, 2012 12:45 PM |
| **To:** | 'Niky Bukovcan' |
| **Cc:** | Yang, Irene; Abernathy, Michael J.; Bettinger, Mike; Arnold, Brian; 'Chip Connolly' |
| **Subject:** | RE: GeoTag - Discovery Conference |
| **Attachments:** | Objection_to_GeoTag_s_Proposed_Disclosure.pdf |



Objection_to_Ge
Tag_s_Proposed.

Niky,

Thank you for agreeing to speak with me regarding the issues related to Google raised in Kenneth Dorsney's April 24, 2012, e-mail to Google's local counsel, Chip Connolly.  As stated during the call, Google has agreed to produce its source code in compliance with the provisions set forth in the Protective Order, ESI Order, and any other applicable orders from the Court, in K&L Gates' Palo Alto office.  Please let us know when Monica Tavakoli and Daniel McGee would like to review the source code.  As stated in the attached letter of today, Google objects to GeoTag's identification of Brandon Hudgeons and James Barnett as experts and/or consultants in this action and as a result further objects to the disclosure of Discovery Material designated as "CONFIDENTIAL - OUTSIDE ATTORNEYS' EYES ONLY - SOURCE CODE" to Mr. Hudgeons and Mr. Barnett.

Furthermore, we expect that Google's production of core technical documents will be complete by the end of next week.  In light of these facts and our call yesterday, we believe that no other outstanding discovery issues exist with respect to Google and as such the proposed discovery conference raised in Mr. Dorsney's April 24, 2012 e-mail need not go forward with respect to issues concerning Google.

Best Regards,

Christy


-----Original Message-----
From: Niky Bukovcan [mailto:Niky.Bukovcan@BJCIPLaw.com]
Sent: Thursday, April 26, 2012 12:55 PM
To: La Pierre, Christy V.
Cc: Yang, Irene; Abernathy, Michael J.; Bettinger, Mike; Arnold, Brian
Subject: RE: GeoTag - Discovery Conference

Christy,

4:30 CT is fine with me.  Talk to you then.

Niky Bukovcan

Buether Joe & Carpenter, LLC
1700 Pacific - Suite 4750 - Dallas, TX 75201 Direct 214.466.1278 -  Fax 214.635.1831 IP & Commercial Litigation

-----Original Message-----
From: La Pierre, Christy V. [mailto:christy.lapierre@klgates.com]
Sent: Thursday, April 26, 2012 2:53 PM
To: Niky Bukovcan
Cc: Yang, Irene; Abernathy, Michael J.; Bettinger, Mike; Arnold, Brian
Subject: RE: GeoTag - Discovery Conference

1

Niky,

Thank you for your email.  We look forward to a meaningful and good-faith discussion regarding the issues outlined below.  How about if we give you a call at 2:30 PT/ 4:30 CT this afternoon?

Best Regards,
Christy

-----Original Message-----
From: Niky Bukovcan [mailto:Niky.Bukovcan@BJCIPLaw.com]
Sent: Thursday, April 26, 2012 12:10 PM
To: La Pierre, Christy V.
Cc: Yang, Irene; Abernathy, Michael J.; Bettinger, Mike; Arnold, Brian
Subject: RE: GeoTag - Discovery Conference

Christy,

Thank you for your willingness to cooperate.  I would like to discuss the discovery issues with you but do want to make clear that we are still investigating the conflict issues that GeoTag has raised with your firm.  Any discussions we have should not be deemed as a waiver of our objections, and we do expect to fully litigate this issue.  That said, in an effort to have the ball move forward on discovery, I do think that we should discuss the issues and see if we can reach any resolution.

If you agree that any discussions we have would not constitute a waiver of our objections, please confirm and let me know when you are available to discuss.  I am generally free this afternoon.

Thank you,

Niky Bukovcan

Buether Joe & Carpenter, LLC
1700 Pacific - Suite 4750 - Dallas, TX 75201 Direct 214.466.1278 -  Fax 214.635.1831 IP & Commercial Litigation




-----Original Message-----
From: La Pierre, Christy V. [mailto:christy.lapierre@klgates.com]
Sent: Wednesday, April 25, 2012 4:06 PM
To: Niky Bukovcan
Cc: Yang, Irene; Abernathy, Michael J.; Bettinger, Mike; Arnold, Brian
Subject: GeoTag - Discovery Conference

Niky,

I am writing to follow-up on the voicemail that I left for you this morning.  I was calling to discuss the e-mail below, sent from your local counsel.  Please let us know when you are available to discuss these issues.  We are free any time and will accommodate your schedule.  I look forward to speaking with you sometime tomorrow or Friday latest.

Best Regards,
Christy




>> -----Original Message-----
>> From: Dorsney, Kenneth L. [mailto:KDorsney@morrisjames.com]

2

```
>> Sent: Tuesday, April 24, 2012 4:33 PM
>> To: Chip Connolly
>> Subject: GeoTag - Discovery Conference
>>
>> Chip -
>>
>>
>>
>> The topics for the discovery conference with the Court would include (1) the discovery
schedule, (2) the remainder of Google and Microsoft's technical document production - the
Court phased the production during the last hearing - (3) Google's violation of the
Scheduling Order, the Protective Order, and the Court's Discovery Order by its failure to
produce source code today in Palo Alto, (4) the dates corresponding to the source code
Microsoft produced today, (5) a failure to provide or download the appropriate tools to
review the source code that was produced, (6) delays produced by Google and Microsoft's
non-compliance to date, and (7) the appropriate remedy for these violation.  This list is
non-exclusive and we will might update to include additional discovery deficiencies prior
to the hearing.
>>
>>
>>
>> I'll call you tomorrow to schedule the conference.
>>
>>
>>
>> Best,
>>
>>
>>
>> Ken
>>
>>
>>
>> Morris James LLP
>>
>> Kenneth L. Dorsney
>> Attorney at Law
>>
>> kdorsney@morrisjames.com
>>
>> 500 Delaware Ave., Ste. 1500 | Wilmington, DE 19801-1494
>>
>> Mailing Address P.O. Box 2306 | Wilmington, DE 19899-2306
>>
>> T 302.888.6855
>>
>> F 302.571.1750
>>
>> www.morrisjames.com
>>
>> _____
>> __
>>
>> This communication may be subject to the attorney-client privilege or the attorney work
product privilege or may be otherwise confidential.  Any dissemination, copying or use of
this communication by or to anyone other than the designated and intended recipient(s) is
unauthorized.  If you are not the intended recipient, please delete or destroy this
communication immediately.
>>
>> _____
>> __
>>
>> To ensure compliance with requirements imposed by the IRS under Circular 230, we inform
you that any U.S. federal tax advice contained in this communication (including any
attachments) is not intended or written to be used, and cannot be used, for the purpose of
(1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or
```

3

```
recommending to another party any transaction or matter addressed herein.
>>
```

This electronic message contains information from the law firm of K&L Gates LLP.  The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only.  If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited.  If you have received this e-mail in error, please contact me at christy.lapierre@klgates.com.