# Exhibit E

| | |
|---|---|
| **From:** | La Pierre, Christy V. |
| **Sent:** | Friday, May 04, 2012 5:41 PM |
| **To:** | 'Scarlett Spradlin'; Arnold, Brian; Bernstein, Matthew C.; Bettinger, Mike; Connolly III, Arthur G.; Glazer, Melody K.; Grimm, Thomas C.; McKeever, Patrick J.; Rahmeier, Thatcher A.; Smith, Victoria; Stark, Stevan; Yang, Irene |
| **Cc:** | Buether, Eric (EXTERNAL); Joe, Chris (EXTERNAL); Carpenter, Brian (EXTERNAL); Niky Bukovcan; Dorsney, Kenneth L.; Hadley, Susan C.; Hall, Taccie A.; Hunt, Katie J.; Matterer, Mary (EXTERNAL); Abernathy, Michael J. |
| **Subject:** | RE: GeoTag - Delaware Second Disclosure of Consultant/Expert |

Niky,

Google does not object to Mr. Bennett based on the information you have provided to date. Google reserves its right to object at a later date should we become aware that Mr. Bennett is or intends to consult or develop software in fields not mentioned on his current CV.

Thanks,
Christy

---

**From:** Scarlett Spradlin [mailto:Scarlett.Spradlin@BJCIPLaw.com]
**Sent:** Tuesday, May 01, 2012 3:17 PM
**To:** Arnold, Brian; Bernstein, Matthew C.; Bettinger, Mike; Connolly III, Arthur G.; Glazer, Melody K.; Grimm, Thomas C.; La Pierre, Christy V.; McKeever, Patrick J.; Rahmeier, Thatcher A.; Smith, Victoria; Stark, Stevan; Yang, Irene
**Cc:** Buether, Eric (EXTERNAL); Joe, Chris (EXTERNAL); Carpenter, Brian (EXTERNAL); Niky Bukovcan; Scarlett Spradlin; Dorsney, Kenneth L.; Hadley, Susan C.; Hall, Taccie A.; Hunt, Katie J.; Matterer, Mary (EXTERNAL)
**Subject:** GeoTag - Delaware Second Disclosure of Consultant/Expert

On behalf of Niky Bukovcan, attached please find GeoTag's Second Notice of Disclosure of its retained experts/consultants.

Thank you,

Scarlett Spradlin
Legal Assistant
**Buether Joe & Carpenter, LLC**
1700 Pacific – **New Suite No. 4750** - Dallas, TX 75201
Direct 214.466.1276 - Fax 214.635.2203
IP & Commercial Litigation

Please note that we moved to new offices (Suite 4750) in our building on Monday, April 16. Please update your records.

 

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.  Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS under Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments), unless otherwise specifically stated, was not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.