**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MICROSOFT CORPORATION, a | ) | |
| Washington corporation, and GOOGLE INC., | ) | |
| a Delaware corporation, | ) | |
| | ) | C.A. No. 11-175-RGA |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| GEOTAG, INC., a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**REDACTED VERSION OF EXHIBIT 2 (D.I. #90)**

# EXHIBIT 2

## McKeever, Patrick J.  (Perkins Coie)

| | |
|---|---|
| **From:** | McKeever, Patrick J.  (Perkins Coie) |
| **Sent:** | Thursday, May 03, 2012 5:40 PM |
| **To:** | 'Monica Tavakoli' |
| **Cc:** | kdorsney@morrisjames.com; Eric Buether; Chris Joe; Niky Bukovcan; Bernstein, Matthew C. (Perkins Coie) |
| **Subject:** | RE: Microsoft Corp. and Google Inc. v. GeoTag, Inc.; Civil Action No. 11-cv-175-RGA |
| **Attachments:** | RE: GeoTag -- Identification of Custodians |

Hi Monica,

Microsoft has produced source code for all accused instrumentalities.  For example, Microsoft has produced source code and a substantial number of technical documents regarding the ███████████████████████████.  Based on our investigation to date, it is our understanding that this ██████████████████ is used in each of the Accused Instrumentalities identified in your first group.  Furthermore, Bing Images and Bing Shopping (which includes Bing Deals and Bing Weekly Ads) were among the products for which Mr. Al-Salam asked Mr. Dorsney requested the opportunity to discuss the features GeoTag intends to accuse.  *See* attached email.  It is my understanding that Mr. Dorsney never responded to Mr. Al-Salam's request for a meeting to discuss these products.  As such, we remain confused as to what source code GeoTag wants for these products, even more so than the others.

Regarding the second group of accused instrumentalities.  Your email acknowledges that Microsoft has provided "the source code modules that interact with the underlying database."  This is what Microsoft agreed to provide during the April 4th hearing.

You assert that Microsoft has not produced the source code modules that "handle user input."  If you can be more specific, we will continue to work with Microsoft to ensure any additional modules you need are made available for inspection.  Since GeoTag has provided no information regarding its infringement allegations aside from the list of URLs (D.I. 60, Ex. A), it has been left to Microsoft to make a best guess determination as to what GeoTag is accusing and what source code is needed.  Moreover, during the April 4th hearing, GeoTag stated that it did not want "all of Bing." (Tr. at 21) GeoTag also explained "[w]e're looking for something that searches your database and is tied behind your internet.  And that's what we need."  (Tr. at 30.)  Your email references source code modules that respond when the user "click[s] on the 'Search' icon."  This sounds substantially different than GeoTag's description of what source code was needed during the hearing.

As we have noted in our correspondence with Mr. Dorsney this week, we continue to investigate the eighteen accused products.  We continue to work diligently to identify and gather any source code modules that have not already been made available based on what we assume GeoTag is accusing in these products.  It would save considerable time and effort for both parties, if GeoTag would provide more guidance as to what source code is needed.

Best,
Patrick

**Patrick McKeever** | **Perkins Coie LLP**
11988 El Camino Real
Suite 200
San Diego, CA 92130
PHONE: 858.720.5722
FAX: 858.720.5822
E-MAIL: pmckeever@perkinscoie.com

---

**From:** Monica Tavakoli [mailto:Monica.Tavakoli@BJCIPLaw.com]
**Sent:** Wednesday, May 02, 2012 9:32 AM
**To:** McKeever, Patrick J. (Perkins Coie)
**Cc:** kdorsney@morrisjames.com; Eric Buether; Chris Joe; Niky Bukovcan; Bernstein, Matthew C. (Perkins Coie)
**Subject:** Microsoft Corp. and Google Inc. v. GeoTag, Inc.; Civil Action No. 11-cv-175-RGA

Patrick,

It is my understanding that MSFT has represented that it has produced source code for all Accused Instrumentalities at this point.  After spending the past 6 days reviewing MSFT source code, however, I have been unable to locate any source code for the following Accused Instrumentalities:

Bing Images
Bing Local News
Bing Travel - I just wanted to note that the files produced with "Travel" included in the file name appears to be source code that handles traffic and accidents for mapping purposes, rather than the source code for Accused Instrumentality Bing Travel (www.bing.com/travel).
Bing Shopping
Bing Deals
Bing Weekly Ads
Bing Weather
Bing Autos

Additionally, the source code for the following Accused Instrumentalities appears to be incomplete:

Bing Local
Bing News
Bing Events
Bing Movies

The source code for these Accused Instrumentalities appear to be missing the underlying source code modules that handle user input (i.e. clicking the "Search" icon) and all other code modules that ultimately lead to the database call.  Basically, MSFT has provided the source code modules that interact with the underlying database, but none of the preceding source code modules that request this interaction.

If you believe that MSFT has provided the source code I have identified as missing above, please indicate where I can find these modules.  Otherwise, please let me know when you will be producing these source code modules.

Regards,

*Monica Tavakoli*

**BUETHER JOE & CARPENTER, LLC**
1700 PACIFIC · SUITE 4750 · DALLAS, TX 75201
DIRECT 214.635.1839 · FAX 972.656.0967
IP & COMMERCIAL LITIGATION