IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 11-175-RGA |
| GEOTAG INC., | : |
| Defendant. | : |

ORDER DENYING INTERVENTION

For the reasons stated in open court this 18th day of May 2012, Taleo Corporation's Motion to Intervene (D.I. 51) is **DENIED**.

_Richard G. Andrews_
United States District Judge