**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., <br><br> Plaintiffs, <br><br> - vs. - <br><br> GEOTAG, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 1:11-cv-00175-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 14th day of June, 2012, a copy of Plaintiffs Microsoft Corporation and Google Inc.'s Joint Initial Invalidity Contentions was served upon the following counsel of record in the manner indicated:

**By Electronic Mail:**
Kenneth L. Dorsney
Morris James LLP
kdorsney@morrisjames.com

Mary Matterer
Morris James LLP
mmatterer@morrisjames.com

**By Electronic Mail:**
Christopher M. Joe
Buether Joe & Carpenter, LLC
Chris.Joe@BJCIPLaw.com

Eric W. Buether
Buether Joe & Carpenter, LLC
Eric.Buether@BJCIPLaw.com

Brian A. Carpenter
Buether Joe & Carpenter, LLC
Brian.Carpenter@BJCIPLaw.com

Mark D. Perantie
Buether Joe & Carpenter, LLC
Mark.Perantie@BJCIPLaw.com

Niky Bukovcan
Buether Joe & Carpenter, LLC
Niky.Bukovcan@BJCIPLaw.com

| | |
|---|---|
| DATED: June 15, 2012 | CONNOLLY BOVE LODGE & HUTZ LLP |
| | |
| | */s/ Thatcher A. Rahmeier* |
| | Arthur G. Connolly, III (#2667) |
| | AConnollyIII@cblh.com |
| | Thatcher A. Rahmeier (#5222) |
| | TRahmeier@cblh.com |
| | The Nemours Building |
| | 1007 N. Orange Street |
| | P.O. Box 2207 |
| | Wilmington, DE 19899 |
| | (302) 658-9141 |
| | |
| | *Attorneys for Plainitffs* |

Of Counsel:

Michael J. Bettinger (*Pro Hac Vice*)
Irene Yang (*Pro Hac Vice*)
Christy V. La Pierre (*Pro Hac Vice*)
K&L GATES LLP
Four Embarcadero Ctr., Ste. 1200
San Francisco, California 94111-5994
Tel: (415) 882-8200
Fax: (415) 882-8220
michael.bettinger@klgates.com
irene.yang@klgates.com
christy.lapierre@klgates.com


Michael J. Abernathy (*Pro Hac Vice*)
Brian J. Arnold (*Pro Hac Vice*)
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602-4207
Tel: (312) 372-1121
Fax: (312) 827-8000
michael.abernathy@klgates.com
brian.arnold@klgates.com

*Attorneys for Plaintiff*
*Google Inc.*

Of Counsel:

Matthew C. Bernstein *(Pro Hac Vice)*
Ryan Hawkins *(Pro Hac Vice)*
Patrick J. McKeever *(Pro Hac Vice)*
Di Zhang *(Pro Hac Vice)*
PERKINS COIE LLP
11988 El Camino Real, Suite 200
San Diego, CA 92130-3334
Telephone: (858) 720-5700
Facsimile: (858) 720-5799
mbernstein@perkinscoie.com
rhawkins@perkinscoie.com
pmckeever@perkinscoie.com
dzhang@perkinscoie.com

Grant E. Kinsel *(Pro Hac Vice)*
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: (310) 788-9900
Facsimile: (310) 788-3399
gkinsel@perkinscoie.com

Melody K. Glazer *(Pro Hac Vice)*
PERKINS COIE LLP
1 East Main Street, Suite 201
Madison, WI 53703-5118
Telephone: (608) 663-7460
Facsimile: (608) 663-7499
mglazer@perkinscoie.com

Stevan R. Stark *(Pro Hac Vice)*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
sstark@perkinscoie.com

*Attorneys for Plaintiff*
*Microsoft Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served on counsel for GeoTag, Inc., by email pursuant to the agreement of the parties, this 15th day of June, 2012.

Kenneth L. Dorsney
Morris James LLP
kdorsney@morrisjames.com

Mary Matterer
Morris James LLP
mmatterer@morrisjames.com

Richard K. Herrmann
Morris James LLP
rherrmann@morrisjames.com

Christopher M. Joe
Buether Joe & Carpenter, LLC
Chris.Joe@BJCIPLaw.com

Eric W. Buether
Buether Joe & Carpenter, LLC
Eric.Buether@BJCIPLaw.com

Brian A. Carpenter
Buether Joe & Carpenter, LLC
Brian.Carpenter@BJCIPLaw.com

Mark D. Perantie
Buether Joe & Carpenter, LLC
Mark.Perantie@BJCIPLaw.com

Niky Bukovcan
Buether Joe & Carpenter, LLC
Niky.Bukovcan@BJCIPLaw.com

 */s/ Thatcher A. Rahmeier*
Thatcher A. Rahmeier (#5222)