# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

MICROSOFT CORP. and
GOOGLE INC.,

       Plaintiffs,

    v.                                   C.A. NO. 11-175-RGA

GEOTAG, INC.,

       Defendant.

**STIPULATION AND PROPOSED ORDER AMENDING SCHEDULING ORDER**

WHEREAS, on April 12, 2012, the Court ordered (D.I. 71) the parties to meet and confer to agree to a modification of the scheduling order; and

WHEREAS, pursuant to that order, the parties have met and conferred and have agreed to the following schedule;

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, through their respective attorneys of record, subject to approval of the Court, that the present schedule (D.I. 42) will be modified as follows:

**Claim Construction Briefing**: GeoTag shall serve, but not file, an opening brief, not to exceed 20 pages**,** on **August 31, 2012**.  Microsoft and Google shall serve, but not file, a joint answering brief, not to exceed 30 pages, on **September 28, 2012**.  GeoTag shall serve, but not file, a reply brief, not to exceed 20 pages, on **October 12, 2012**.  Microsoft and Google shall serve, but not file, a joint sur-reply brief, not to exceed 10 pages, on **October 26, 2012**.

No later than **November 2, 2012**, GeoTag, on behalf of the parties, shall file a Joint Claim Construction Brief.  The parties shall copy and paste their briefed positions by claim term in sequential order, in substantially the form below:

**JOINT CLAIM CONSTRUCTION BRIEF**

I. Agreed-upon Constructions

II. Disputed Constructions

A. [TERM 1]
   1. GeoTag's Opening Position
   2. Microsoft and Google's Opening Position
   3. GeoTag's Reply Position
   4. Microsoft and Google's Sur-Reply Position

A. [TERM 2]
   1. GeoTag's Opening Position
   2. Microsoft and Google's Opening Position
   3. GeoTag's Reply Position
   4. Microsoft and Google's Sur-Reply Position

**SO STIPULATED.**

June 25, 2012

| | |
|---|---|
| */s/ Thatcher A. Rahmeier* | */s/Kenneth L. Dorsney* |
| Thatcher A. Rahmeier (#5222) | Kenneth L. Dorsney (#3726) |
| CONNOLLY, BOVE, LODGE & HUTZ LLP | MORRIS JAMES LLP |
| The Nemours Building | 500 Delaware Avenue, Suite 1500 |
| 1007 North Orange Street | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 888-6800 |
| (302) 658-9141 | kdorsney@morrisjames.com |
| trahmeier@cblh.com | *Attorney for Defendant GeoTag Inc.* |
| *Attorney for Plaintiffs* | |

**ORDERED** this _____ day of June, 2012.

_____
United States District Court Judge