**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GEOTAG, INC., )<br>)<br>Defendant. )<br>)<br>) | Civil Action No. 11-cv-175-RGA |

**JOINT CLAIM CONSTRUCTION STATEMENT AND CHART**

Plaintiffs Microsoft Corporation ("Microsoft") and Google Inc. ("Google") and Defendant GeoTag, Inc. ("GeoTag") submit this Joint Claim Construction Chart pursuant to Section 7 of this Court's February 27, 2012 Scheduling Order.

Microsoft and Google reserve the right to amend or supplement the claim terms, proposed constructions, and/or supporting intrinsic evidence as a result of the claim construction process and positions taken by the parties in this litigation. Microsoft and Google further reserve the right to amend or supplement the claim terms, proposed constructions, and/or supporting intrinsic evidence should additional relevant information become known through discovery or otherwise.

GeoTag reserves the right to amend or supplement the claim terms, proposed constructions, and/or supporting intrinsic evidence as a result of the claim construction process and positions taken by the parties in this litigation. GeoTag further reserves the right to amend

or supplement the claim terms, proposed constructions, and/or supporting intrinsic evidence should additional relevant information become known through discovery or otherwise.

Microsoft and Google have identified a total of 10 terms or phrases of U.S. Patent No. 5,930,474 ("the '474 Patent") that they contend need to be construed. GeoTag has identified each of the claim terms construed by Judge Everingham in *GeoMas (Int'l) Ltd., et al. v. Idearc Media Services-West, Inc.*, Case No. 2:06-CV-475. The parties met and conferred, and agree on the construction of 1 term: "geographical search area" should be construed as "the particular selected geographical area for which the associated data records in the database are to be searched."

Attached as Exhibit A is the list of terms that Microsoft and Google contend must be construed.

Attached as Exhibit B is the list of terms that GeoTag contends must be construed.

Attached as Exhibit C is a chart that lists the terms each party contends need construing, the proposed construction, and the intrinsic evidence that the party intends to rely on in support of their respective proposed constructions.

Attached as Exhibit D is a copy of U.S. Patent No. 5,930,474 ("the '474 Patent").

Attached as Exhibit E is a copy of the August 10, 1998 Response to Office Action dated February 10, 1998 from the file history of the '474 Patent.

Attached as Exhibit F is a copy of the February 10, 1998 Office Action from the file history of the '474 Patent.

Attached as Exhibit G is a copy of the December 21, 1998 Notice of Allowance from the file history of the '474 Patent.

Attached as Exhibit H is a copy of the December 9, 1998 Search Request Form from the file history of the '474 Patent.

Dated: August 3, 2012

| | |
|---|---|
| By  */s/ Thatcher A. Rahmeier*<br>Arthur G. Connolly, III ( #2667)<br>Thatcher A. Rahmeier (#5222)<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19899<br>(302)658-9141<br>aconnollyIII@cblh.com<br>trahmeier@cblh.com<br>*Attorney for Intervenor-Plaintiffs* | By: */s/ Kenneth L. Dorsney*<br>Kenneth L. Dorsney (#3726)<br>Richard K. Herrmann ( #405)<br>Mary B. Matterer ( #2696)<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801<br>(302) 888-6800<br>kdorsney@morrisjames.com<br>*Attorneys for Defendant GeoTag Inc.* |