# Exhibit A

# EXHIBIT A

### Google and Microsoft's List of Proposed Terms for Construction

1. "entry" / "entries" (Claims 1, 17, 18, 20, 24, 31, 36)

2. "topics" (Claims 1, 15, 16, 18, 20, 31, 34, 35, 36, 37)

3. "dynamically replicating" / "dynamically replicated" (Claims 1, 20, 31)*

4. "narrower geographical area" (Claim 1)

5. "geographical area of relatively smaller expanse" (Claim 20)

6. "broader geographical area" (Claims 1, 31)

7. "geographical area of relatively larger expanse" (Claim 20)

8. "hierarchy of geographical areas" (Claims 1, 4, 20)*

9. "geographical search area" (Claims 1, 7-15, 17, 20, 31, 34, 37)

10. "a database of information organized into a hierarchy of geographical areas wherein entries corresponding to each one of said hierarchy of geographical areas is further organized into topics" (Claim 1)**

\* Google contends that this phrase needs to be construed. Microsoft does not.

\*\* Microsoft contends that this phrase needs to be construed. Google does not.