# Exhibit B

**EXHIBIT B**

**GeoTag's List of Proposed Terms for Construction**

1.  "hierarchy" / "hierarchy of geographical areas" / "hierarchically organized"

2.  "database"

3.  "a database of information organized into a hierarchy of geographical areas" / "said database of information organized into a predetermine hierarchy of geographical areas"

4.  "on-line information"

5.  "organizing a database of on-line information into a plurality of geographic areas"

6.  "wherein said topics are hierarchically organized"

7.  "entry" / "entries"

8.  "entries corresponding to each one of said hierarchy of geographical areas is further organized into topics" / "entries corresponding to each of said hierarchy of geographical is further organized into topics" / "entries corresponding to each of said geographical areas is further organized into topics"

9.  "organizing said entries corresponding to said plurality of geographical areas into one or more topics"

10. "search engine"

11. "geographical search area"

12. "said search engine further configured to select one of said hierarchy of geographical areas prior to selection of a topic so as to provide a geographical search area"

13. "said search engine configured to select at least one geographical area in said hierarchy of geographical areas so as to define a geographical search area"

14. "directing a search engine executing in a computer to select one or more of said geographical areas so as to select a geographical search area"

15. "replicated" / "replicating"

16. "dynamically replicated" / "dynamically replicating"

17. "wherein within said hierarchy of geographic areas at least one of said entries associated with a broader geographical area is dynamically replicated into at least one narrower geographical area" / "wherein at least one of said entries in said

geographical area of relatively larger expanse is dynamically replicated into at least one of said geographical areas of smaller expanse" / "wherein at least one of said entries associated with a broader geographic area is dynamically replicated into a narrower geographical area"

18. "dynamically replicating an entry from broader geographical area into said geographic search area"

19. "organizer"