# Exhibit C

# EXHIBIT C

| Term or Phrase | Google's Proposed Construction and Supporting Intrinsic Evidence | Microsoft's Proposed Construction and Supporting Intrinsic Evidence | GeoTag's Proposed Construction and Supporting Intrinsic Evidence[1] |
|---|---|---|---|
| "database" (Claims 1, 20, 31) | No need to construe; In the alternative, plain meaning | No construction necessary; plain and ordinary meaning. | "a collection of information or data organized such that a computer program can quickly retrieve selected information or data" |
| "entry" / "entries" (Claims 1, 17, 18, 20, 24, 31, 36) | "a record in the database" Supporting Evidence: See, e.g., '474 Patent at 12:23-28; 18:62-65; Table 7; 20:46-65; Table 6; 24:29-31; Table 9. See also, e.g., '474 Patent at Figs. 13, 14, 16, 17, and 19; 11:30-33; 12:33-37; 12:41-45; 15:5-14; 15:15-25; 16:22-26; 17:27-35; 19:29-39; 19:40-45; 19:46-63; 23:15-16; 23:30-39; 23:40-46; 23:47-51; 26:24-26; 27:3-6; Table 8. See also, e.g., '474 Patent File History at Aug. 10, 1998 | "a record in the database" Supporting Evidence: See, e.g., '474 Patent at Figs. 13, 14, 16, 17, and 19; 11:30-33; 12:23-32; 12:33-37; 12:41-45; 15:5-14; 15:15-25; 16:22-26; 17:27-35; 18:62-65; 19:29-39; 19:40-45; 19:46-63; 20:46-65; 23:15-16; 23:30-39; 23:40-46; 23:47-51; 24:29-39; 26:24-26; 27:3-6; Table 7; Table 8; Table 9; claims 1, 17, 18, 20, 23, 24, 26, 27, 31, 36, and 39. See, e.g., '474 Patent File History at Aug. 10, 1998 | "data contained in a database" Supporting Evidence: See, e.g., '474 Patent, col. 12 ll. 3-5, col. 22 l. 39–col. 23 l. 3, col. 18 ll. 62-63, col. 24 ll. 30-31; col. 11 ll. 30 - 33, col. 11 ll. 58 - 64, col. 15 ll. 10 – 14. |

---

[1] All supporting evidence cited by GeoTag was cited and relied upon by Judge Everingham in his Claim Construction Memorandum Opinion and Order in *GeoMas (Int'l) Ltd, et al. v. Idearc Media Services-West, Inc.*, Case. No. 2:06-CV-475, Dkt. No. 110.

| Term | Amendment | Amendment. | Amendment. |
|---|---|---|---|
| "topics" (Claims 1, 15, 16, 18, 20, 31, 34, 35, 36, 37) | "grouping of related information associated with a geographic area"<br><br>Supporting Evidence:<br><br>See, e.g., '474 Patent at 2:47-49; 5:47-65; 5:6-9; Fig. 10; 9:9-17; 9:28-34.<br><br>See also, e.g., '474 Patent at 3:12-14; 14:51-63.<br><br>See also, e.g., '474 Patent File History at Feb. 10, 1998 Office Action. | "grouping of related information associated with a geographic area"<br><br>Supporting Evidence:<br><br>See, e.g., '474 Patent at Fig. 10; 2:44-49; 3:12-14; 5:6-8; 5:47-65; 9:9-17; 9:28-34; 14:51-63; claims 1, 17, 20, 23, 26, 31, and 39.<br><br>See, e.g., '474 Patent File History at Feb. 10, 1998 Office Action. | No need to construe. Plain and ordinary meaning |
| "dynamically replicating" / "dynamically replicated" (Claims 1, 20, 31) | "automatically inheriting at the time of a search"<br><br>Supporting Evidence:<br><br>See, e.g., '474 Patent File History at Dec. 18, 1998 Reasons for Allowance.<br><br>See, e.g., '474 Patent at 19:29-39; 23:30-51; 25:63-66. | Incapable of being construed because term or phrase is part of the following claim limitation which is indefinite and/or lacks written description. | "automatically copying or inheriting, at the time needed rather than at a time decided or established in advance"<br><br>Supporting Evidence:<br><br>See, e.g., '474 Patent, col. 19 ll. 29-39; col. 19 ll 46-63; col. 22 ll. 32-38. |
| "replicated" and "replicating" | No need to separately construe; | Incapable of being construed | "copied or inherited" and |

| | | | |
|---|---|---|---|
| (Claims 1, 20, 31) | see constructions for "dynamically replicating" / "dynamically replicated" | because term or phrase is part of the following claim limitation which is indefinite and/or lacks written description. | "copying or inheriting" Supporting Evidence: *See, e.g.*, '474 Patent, col. 19 ll. 29-39; col. 19 ll 46-63; col. 22 ll. 32-38. |
| "dynamically replicating an entry from broader geographical area into said geographical search area" (Claim 31) | Indefinite and/or lacks written description | Indefinite and/or lacks written description | "automatically copying or inheriting, at the time needed rather than at a time decided or established in advance, at least a piece of data contained in a database that is associated with a broader geographical area into an area from which topical information can be accessed that is a subset of that broader geographical area" |
| "wherein within said hierarchy of geographic areas at least one of said entries associated with a broader geographical area is dynamically replicated into at least one narrower geographical area" (# 1) (Claim 1); "wherein at least one of said entries in said geographical area of relatively larger expanse is dynamically replicated into at least one of said geographical areas of | Indefinite and/or lacks written description | Indefinite and/or lacks written description. | "wherein within the hierarchy of geographical areas, at the time needed rather than at a time decided or established in advance, at least a piece of data in a database associated with a broader geographical area is automatically copied or inherited into at least one narrower geographical area" |

-3-

| | | |
|---|---|---|
| "smaller expanse" (# 2) (Claim 20) | | No need to construe. Plain and ordinary meaning |
| "narrower geographical area" (Claim 1) "geographical area of relatively smaller expanse" (Claim 20) | "a geographic area in the database encompassed by a broader geographic area in the database" Supporting Evidence: See, e.g., '474 Patent at 12:23-32; 8:59-9:4; 3:18-24; 3:46-56. See also, e.g., '474 Patent at Figs. 2A and 13; Table 7. See also, e.g., '474 Patent File History at Feb. 10, 1998 Office Action; Aug. 10, 1998 Amendment; Dec. 9, 1998 Search Request Form; Dec. 21, 1998 Notice of Allowability. | "a geographic area in the database which is a child of the broader geographic area" Supporting Evidence: See, e.g., '474 Patent at Figs. 2A and 13; 3:18-25; 3:46-56; 8:22-36; 8:59-9:4; 12:23-32; 18:59-19:63; 22:32-38; Table 7; claims 1, 5, 16, 20, 26, 32, and 35. See also, e.g., '474 Patent File History at Feb. 10, 1998 Office Action; Aug. 10, 1998 Amendment; Dec. 9, 1998 Search Request Form; Dec. 21, 1998 Notice of Allowability. |
| "broader geographical area" (Claims 1, 31) | "a geographic area in the database that encompasses one or more narrower geographic areas in the database" Supporting Evidence: See, e.g., '474 Patent at 12:23-32; 8:59-9:4; 3:18-24; 3:46-56. See also, e.g., '474 Patent at | "a geographic area in the database which is a parent of one or more narrower geographic areas" Supporting Evidence: See, e.g., '474 Patent at Figs. 2A and 13; 3:18-25; 3:46-56; 8:22-36; 8:59-9:4; 12:23-32; 18:59-19:63; 22:32-38; Table | No need to construe Plain and ordinary meaning |
| "geographical area of relatively larger expanse" (Claim 20) | | |

-4-

| | | | |
|---|---|---|---|
| "hierarchy of geographical areas" (Claims 1, 4, 20) | "related geographical areas, ordered such that broader general geographic areas encompass narrower specific ones"<br><br>Supporting Evidence:<br><br>See, e.g., '474 Patent at 12:23-32; 8:49-9:4; 3:18-24; 3:46-56.<br><br>See also, e.g., '474 Patent at Figs. 2A and 13; Table 7.<br><br>See also, e.g., '474 Patent File History at Feb. 10, 1998 Office Action; Aug. 10, 1998 Amendment; Dec. 9, 1998 Search Request Form; Dec. 21, 1998 Notice of Allowability. | Figs. 2A and 13; Table 7.<br><br>See also, e.g., '474 Patent File History at Feb. 10, 1998 Office Action; Aug. 10, 1998 Amendment; Dec. 9, 1998 Search Request Form; Dec. 21, 1998 Notice of Allowability. | No separate construction necessary. See construction for "a database of information organized into a hierarchy of geographical areas wherein entries corresponding to each one of said hierarchy of geographical areas is further organized into topics." |
| | | 7; claims 1, 5, 16, 20, 26, 32, and 35.<br><br>See, e.g., '474 Patent File History at Feb. 10, 1998 Office Action; Aug. 10, 1998 Amendment; Dec. 9, 1998 Search Request Form; Dec. 21, 1998 Notice of Allowability. | "an arrangement of related information or data, ordered from broader general categories to narrower specific ones"<br><br>Supporting Evidence:<br><br>See, e.g., '474 Patent, col. 8, l. 59-col. 9, l. 4; col. 3, ll. 46-56.<br><br>See generally '474 Patent col. 8, ll. 22-36 (describing the ability of a user to advance through a geographical hierarchy of subdirectories and providing an example using related entries).<br><br>See generally id. at col. 3, ll. 45-56; col. 8, l. 59-col. 9, l. 4; col. 9, ll. 28-34. |
| "hierarchy" (Claims 1, 5, 20) | No need to separately construe; see construction for "hierarchy | | No separate construction necessary. See construction for | "an arrangement of related information or data, ordered |

-5-

| | | |
|---|---|---|
| "hierarchically organized" (Claims 16, 32, 35) | "of geographical areas" | "a database of information organized into a hierarchy of geographical areas wherein entries corresponding to each one of said hierarchy of geographical areas is further organized into topics." | from broader general categories to narrower specific ones"<br><br>Supporting Evidence:<br><br>*See, e.g.,* '474 Patent, col. 8, l. 59-col. 9, l. 4; col. 3, ll. 46-56.<br><br>*See generally* '474 Patent col. 8, ll. 22-36 (describing the ability of a user to advance through a geographical hierarchy of subdirectories and providing an example using related entries).<br><br>*See generally id.* at col. 3, ll. 45-56; col. 8, l. 59-col. 9, l. 4; col. 9, ll. 28-34. |
| "wherein said topics are hierarchically organized" (Claims 16, 35) | No need to separately construe; see constructions for "hierarchy of geographical areas" and "topics" | No separate construction necessary. See construction for "topics"; remaining terms should be given their plain and ordinary meaning. | "an arrangement of related topics, ordered from broader general categories to narrower specific ones"<br><br>Supporting Evidence:<br><br>*See, e.g.,* '474 Patent, col. 8, l. 59-col. 9, l. 4; col. 3, ll. 46-56.<br><br>*See generally* '474 Patent col. 8, ll. 22-36 (describing the ability of a user to advance through a geographical |

| | | | |
|---|---|---|---|
| "entries corresponding to each one of said hierarchy of geographical areas is further organized into topics" (# 1) (Claim 1); <br><br> "entries corresponding to each of said hierarchy of geographical is further organized into topics" (# 2) (Claim 1); <br><br> "entries corresponding to each of said geographical areas is further organized into topics" (# 3) (Claim 26); <br><br> "organizing said entries corresponding to said plurality of geographical areas into one or more topics" (# 4) (Claim 31) | No need to separately construe; see constructions for "entries," "hierarchy of geographical areas," and "topics" | No separate construction necessary. See construction for "a database of information organized into a hierarchy of geographical areas wherein entries corresponding to each one of said hierarchy of geographical areas is further organized into topics." | (## 1, 2, & 3) "data in the database associated with a geographic area in the hierarchy of geographical areas is further organized to permit selected data to be retrieved into topics" <br><br> (# 4) "organizing data contained in the database corresponding to one or more geographical areas to further permit selected data to be retrieved into one or more topics" <br><br> Supporting Evidence: <br><br> See, e.g., '474 Patent, col. 2 ll. 42-52. |
| | | | hierarchy of subdirectories and providing an example using related entries). <br><br> See generally id. at col. 3, ll. 45-56; col. 8, l. 59-col. 9, l. 4; col. 9, ll. 28-34. |
| | **AGREED CONSTRUCTION** | **AGREED CONSTRUCTION** | **AGREED CONSTRUCTION** |
| "geographical search area" (Claims 1, 7-15, 17, 20, 31, 34, | "the particular selected | "the particular selected | "the particular selected |

| | | | |
|---|---|---|---|
| 37) | "geographical area for which the associated data records in the database are to be searched" Supporting Evidence: See, '474 Patent at 7:11-21; 3:9-14. | "geographical area for which the associated data records in the database are to be searched" Supporting Evidence: See, e.g., '474 Patent at 7 ll. 11-21. | |
| "a database of information organized into a hierarchy of geographical areas wherein entries corresponding to each one of said hierarchy of geographical areas is further organized into topics" (Claim 1) | No need to separately construe; see constructions for "hierarchy of geographical areas," "entries," "topics" | "a database of entries primarily organized into interrelated geographical areas such that there are parent geographic areas and narrower child geographic areas, wherein the entries associated with a geographic area are further organized into topics; that entries contain geographic information does not mean the entries are primarily organized into interrelated geographic areas" Supporting Evidence: See, e.g., '474 Patent at Figs. 2A and 13; 3:18-25; 8:22-36; 8:59-9:4; 12:25-32; 18:59-19:63; 22:32-38; Table 7; claims 1, 5, 16, 20, 26, 32, 35 See, e.g., '474 Patent File History at Feb. 10, 1998 Office | No need to separately construe; see constructions for "a database of information organized into a hierarchy of geographical areas" and "entries corresponding to each one of said hierarchy of geographical areas is further organized into topics. Supporting Evidence: See, e.g., '474 Patent, col. 28, ll. 16-21 (stating "the particular formats of information stored within each database may vary as called for by the particular implementation of the invention."); id. at col. 23, ll. 16-21 (stating "[a]s depicted in FIG. 16, the data within the local content database 230 includes a folder name header field 1600 which provides the key or index under which all of |

-8-

| Term | Plaintiff's Construction | [cont.] | Defendant's Construction | Supporting Evidence | [cont.] |
|---|---|---|---|---|---|
| "a database of information organized into a hierarchy of geographical areas" (#1) (Claim 1); "said database of information organized into a predetermine hierarchy of geographical areas" (#2) (Claim 20); | No need to separately construe; see construction for "hierarchy of geographical areas" | Action; Aug. 10, 1998 Amendment; Dec. 9, 1998 Search Request Form. | No separate construction necessary. See construction for "a database of information organized into a hierarchy of geographical areas wherein entries corresponding to each one of said hierarchy of geographical areas is further organized into topics." | "a collection of interrelated information or data organized such that a computer program can quickly retrieve selected information or data, ordered from broader geographical categories to narrower geographical categories"<br><br>Supporting Evidence:<br><br>*See, e.g.*, '474 Patent, col. 28, ll. 16-21 (stating "the particular formats of information stored within each database may vary as called for by the particular implementation of the invention."); *id.* at col. 23, ll. 16-21 (stating "[a]s depicted in FIG. 16, the data within the local content database 230 includes a folder name header field 1600 which provides the key or index under which all of the subentries for this entry will be stored.") | the subentries for this entry will be stored.") |
| "virtual geographic | Claim 4 is not asserted against | | "an imaginary or fictional | No need to construe | |

-9-

| Term | Google | | |
|---|---|---|---|
| "environment" (Claim 4) | | "geographic environment" Supporting Evidence: See, e.g., '474 Patent at 27:27-28:7. | Plain and ordinary meaning |
| "on-line information" (Claims 1, 31) | No need to construe; In the alternative, plain meaning | No construction necessary; plain and ordinary meaning. | "information capable of being accessed by a computer" Supporting Evidence: See, e.g., '474 Patent, col. 1, ll. 13-23, 1:66-2:11. |
| "organizing a database of on-line information into a plurality of geographic areas" (Claim 31) | No need to construe; In the alternative, plain meaning | No construction necessary; plain and ordinary meaning. | "organizing a collection of information that is capable of being accessed by a computer into more than one geographical area" |
| "search engine" (Claims 1, 15, 20, 31, 34, 37) | No need to construe; In the alternative, plain meaning | No construction necessary; plain and ordinary meaning. | "software, hardware, and/or firmware that alone or in combination receives search requests and fulfills the received requests through interaction with a database" Supporting Evidence: See, e.g., '474 Patent, col. 11 ll. 24-33, col. 14 ll. 15-17, col. 15 ll. 54-56, col. 15 l. 60-col. 16 l. 16. |

| | | |
|---|---|---|
| "said search engine further configured to select one of said hierarchy of geographical areas prior to selection of a topic so as to provide a geographical search area" (# 1) (Claim 1); <br><br> "said search engine configured to select at least one geographical area in said hierarchy of geographical areas so as to define a geographical search area" (# 2) (Claim 20); <br><br> "directing a search engine executing in a computer to select one or more of said geographical areas so as to select a geographical search area" (# 3) (Claim 31) | No need to separately construe; see constructions for "topic," "hierarchy of geographical areas" and "geographical search area" | No separate construction necessary. See constructions for "topics" and "geographical search area"; remaining terms should be given their plain and ordinary meaning. | (# 1) that the software, hardware and/or firmware, alone or in combination, that receives search requests and fulfills the received requests through interaction with a database is configured to select one of the hierarchy of geographical areas prior to the selection of a topic so as to define an area from which topical information can be accessed that is a subset of the entire domain of geography <br><br> (# 2) the software, hardware and/or firmware, alone or in combination, that receives search requests and fulfills the received requests through interaction with a database is configured to select one of the hierarchy of geographical areas so as to define an area from which topical information can be accessed that is a subset of the entire domain of geography <br><br> (#3) directing software, hardware, and/or firmware executing in a computer, alone or in combination to select one or more geographical areas so as to select an area from which |

-11-

| | | topical information can be accessed that is a subset of the entire domain of geography |
|---|---|---|
| "organizer" (Claim 1) | No need to construe; In the alternative, plain meaning | No construction necessary; plain and ordinary meaning. | "software, hardware, and/or firmware, that alone or in combination is configured to receive search requests, together with a database and a search engine in communication with the database" Supporting Evidence: *See, e.g.*, '474 Patent, cl. 1. |