# Exhibit E

ZLAND.001A

# 11 A
Turner B
PATENT 10/16/98

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicants | : | Dunworth, et al. | ) Group Art Unit 2784 |
| Appl. No. | : | 08/595,026 | ) |
| Filed | : | January 31, 1996 | ) |
| For | : | INTERNET ORGANIZER FOR ACCESSING GEOGRAPHICALLY AND TOPICALLY BASED INFORMATION | ) |
| Examiner | : | Patrice L. Winder | ) |

Fee okay
Pd ez...
Code 203 —
Note paper #10

RESPONSE TO OFFICE ACTION DATED FEBRUARY 10, 1998

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

In response to the Examiner's Office Action mailed February 10, 1998, please amend the above-identified application as follows:

IN THE SPECIFICATION

    On page 20 at line 30 please replace "Appendix D" with --Table 4--.
    On page 25 at line 16 please replace "Appendix C" with --Table 3--.
    On page 26 at line 30 please replace "Appendix B" with --Table 2--.
    On page 29 at line 1 please replace "Appendix E" with --Table 5--.
    On page 29 at line 12 please replace "Appendix A" with --Table 1--.
    On page 30 at line 25 please replace "Appendix G" with --Table 7--.
    On page 33 at line 26 please replace "Appendix F" with --Table 6--.
    On page 38 at line 7 please replace "Appendix H" with --Table 8--.
    On page 40 at line 10 please replace "Appendix I" with --Table 9--.

-1-

Appl. No.   :   08/595,026
Filed       :   January 31, 1996

Please replace Appendix A on page 47 with Table 1 submitted herewith.
Please replace Appendix B on pages 47 and 48 with Table 2 submitted herewith.
Please replace Appendix C on page 50 with Table 3 submitted herewith.
Please replace Appendix D on page 51 with Table 4 submitted herewith.
Please replace Appendix E on page 52 with Table 5 submitted herewith.
Please replace Appendix F on page 53 with Table 6 submitted herewith.
Please replace Appendix G on pages 54-59 with Table 7 submitted herewith.
Please replace Appendix H on pages 60-61 with Table 8 submitted herewith.
Please replace Appendix I on pages 62 with Table 2 submitted herewith.

IN THE CLAIMS:

Please amend Claims 1, 11, 17, 18, 32, 35, 36, 38, 39, 43 and 48 as follows:

1.  A system which associates on-line information with geographic areas, said system comprising:
    a computer network wherein a plurality of computers have access to said computer network; and
    an organizer executing in said computer network, wherein said organizer is configured to receive search requests from any one of said plurality of computers, said organizer comprising:
        a database of information organized into a hierarchy of geographical areas wherein [the information] entries corresponding to each one of said hierarchy of geographical areas is further organized into topics; and
        a search engine in communication with said database, said search engine configured to search geographically and topically, said search engine further configured to select one of said hierarchy of geographical areas prior to selection of a topic so as to provide a geographical search area [containing topical information] wherein within said hierarchy of geographical areas at least one of

-2-

Appl. No.   : 08/595,026
Filed       : January 31, 1996

**A1**

18  said entries associated with a broader geographical area is
19  dynamically replicated into at least one narrower geographical area,
20  said search engine further configured to search said topics within
21  said selected geographical search area.

**A2**

1   11. (Amended) The system of Claim 1, wherein said geographical
2   search area is a [province] provence.

**A3**

1   17. (Amended) The system of Claim 1, wherein [for any given
2   geographical search area, the plurality of topics] at least one of said entries
3   corresponding to said geographical search area [are] is primarily related by
4   association with physical attributes within said geographical search area.

1   18. (Amended) The system of Claim 1, wherein [said database is
2   further configured to store] said entries comprise a plurality of data records
3   wherein each of said data records is associated with at least one of said topics
4   and at least one of said geographical areas.

**A4**

1   no 32. (Amended) A machine for locating information organized into
2   geographically-based areas, said machine comprising:
3       a database of information accessible by a computer, said database
4       of information organized into a predetermined hierarchy of geographical
5       areas comprising at least a geographical area of relatively [small] smaller
6       expanse[, a geographical area of intermediate expanse] and a
7       geographical area of relatively [large] larger expanse, said area of [large]
8       larger expanse including [a plurality of areas of intermediate expanse,
9       said area of intermediate expanse including] a plurality of areas of
10      smaller expanse and wherein [the information] entries corresponding to
11      each of said hierarchy of geographical areas is further organized into
12      topics; and

-3-

Appl. No.  : 08/595,026
Filed      : January 31, 1996

13    a search engine executing in a computer and in communication with
14    said database, said search engine configured to select at least one
15    geographical area in said hierarchy of geographical areas so as to define
16    a geographical search area [having a predetermined geographical
17    boundary] <u>wherein at least one of said entries in said geographical area</u>
18    <u>of relatively larger expanse is dynamically replicated into at least one of</u>
19    <u>said geographical areas of smaller expanse,</u> said search engine further
20    configured to search said topics within said geographical search area.

1    23̶5̶. (Amended) The machine of Claim 3̶2̶ 20 wherein [for any given
2    geographical search area, said topics] <u>at least one of said entries</u>
3    corresponding to said geographical search area are primarily associated with
4    physical attributes within said geographical search area.

1    3̶6̶. 24 (Amended) The machine of Claim 3̶2̶ 20 wherein said [database is
2    further configured to store] <u>entries comprise</u> data records wherein each of said
3    data records is associated with at least one of said topics.

1    3̶8̶. 26 (Amended) A system for organizing on-line information into
2    geographically-based areas, said system comprising:
3        a user computer for accessing information in a computer network;
4    and
5        organizer means for processing requests received from said user
6    computer, said organizer comprising:
7            a database of information organized into a predefined
8        hierarchy of geographical areas, wherein [the information] <u>entries</u>
9        corresponding to each of said geographical areas is further
10       organized into topics; and
11           search engine means for selecting one of said geographical
12       areas [prior to the selection of a topic so as to define a

-4-

Appl. No. : 08/595,026
Filed : January 31, 1996

        13       **geographical search area]** <u>wherein at least one of said entries</u>
        14       <u>associated with a broader geographical area is dynamically</u>
        15       <u>replicated into a narrower geographical area,</u> said search engine
        16       means also comprising means for searching said topics associated
        17       with said geographical search area.

        1        27. [39.] (Amended) The system of Claim 26 [38] wherein said **[database further**
        2      **contains]** <u>entries comprise</u> data records wherein said data records are associated
        3      with said topics and wherein said data records contain information about
        4      institutions or enterprises.

        1        31. [43.] (Amended) A method for locating on-line information comprising
        2      the steps of:
        3           organizing a database of on-line information into a plurality of
        4      geographical areas, <u>said geographical areas having a plurality of entries</u>
        5      <u>associated therewith</u>;
        6           organizing **[the information]** <u>said entries</u> corresponding to said
        7      plurality of geographical areas into one or more topics;
        8           directing a search engine executing in a computer to select one or
        9      more of said geographical areas **[prior to selecting a topic]** <u>so as to</u>
        10     select a geographical search area **[containing less than all topical**
        11     **information in the database on the selected topic; and]**;
        12          <u>dynamically replicating an entry from a broader geographical area</u>
        13     <u>into said geographical search area; and</u>
        14          displaying said topics associated with said geographical search area.

        1        36. [48.] (Amended) The method of Claim 31 [43] wherein **[said database of**
        2      **information is further configured to store]** <u>said entries comprise</u> data records
        3      containing information about institutions or enterprises, wherein each of said
        4      data records is associated with at least one of said topics.

Appl. No.    :    08/595,026
Filed        :    January 31, 1996

Please add the following new Claim:

58. [27] The method of Claim 48 [36] wherein at least one of said entries corresponding to said geographical search area are primarily related by association with physical attributes within said geographical search area.

REMARKS

The foregoing amendments and the following comments are responsive to the objections and rejections set forth by the Examiner in the February 10, 1998 Office Action.

Claims 1-19 and 32-50 are pending in this application. The Examiner rejected Claims 1-19, 32-40 and 43-50 under 35 U.S.C. § 103(a) as obvious over the reference entitled "Special Edition Using Netscape 2" by Brown et al. (hereinafter referred to as "the Netscape reference"). The Examiner further rejected Claims 41-42 under 35 U.S.C. § 103(a) as being obvious over the Netscape reference in view of the reference entitled "Using Structured Documents For Implementing Product/Service Yellow Pages Architecture On The Internet" by Aron et al. (hereinafter referred to as "the Yellow Pages reference").

Applicants would like to thank Examiner Winder for the interview extended to Mr. Randy Reineck, Applicant John Veenstra and Applicants' counsel of record, John R. King, on July 28, 1998. During the interview, the Examiner agreed that the amendments to Claim 1 clarified the patentability distinguishing features of the invention. Accordingly, Applicants have also amended independent Claims 32, 38, and 43 along the lines discussed in the interview. In addition, Applicants have added new Claim 58.

Reconsideration of the pending claims, as amended, is therefore respectfully requested.

I.    **THE SPECIFICATION**

It appears that when the Patent Office punched holes in the specification, small portions of the text were affected. As requested by the Examiner, Applicants are herewith submitting another copy of the patent application. Applicants respectfully submit that no new matter is being introduced by submitting another copy of the patent application.

In addition, the Examiner requested that the Appendices be added to the patent specification as tables. Accordingly, Applicants have revised Appendices A-I to be Tables 1-9

-6-

Appl. No.  : 08/595,026
Filed      : January 31, 1996

which appear at the end of the patent specification. Accordingly, references to the Appendices in the specification have been changed to reference the appropriate Tables. Applicants respectfully submit that no new matter is being introduced by way of these amendments and request that the changes to the application be entered and made of record.

## II. Supplemental Information Disclosure Statement

Submitted concurrently herewith is a Supplemental Information Disclosure Statement citing the 3 new references discussed in the interview. While the Applicants do not believe that these references will affect the patentability of the pending claims, Applicants respectfully request the Examiner to consider the pending claims in connection with these references in order to make them of record.

## III. REJECTION OF CLAIMS 1-19, 32-40 and 43-50 UNDER 35 U.S.C. § 103(a)

The Examiner rejected Claims 1-19, 32-40 and 43-50 under 35 U.S.C. § 103(a) as obvious over the Netscape reference.

### A. Independent Claims 1, 32, 38 and 43

Although Applicants respectfully submit that originally filed independent Claims 1, 32, 38 and 43 were patentably distinguished over the Netscape reference, Applicants have amended Claims 1, 32, 38 and 43 herein in order to clarify the patentably distinguishing features of Applicants' inventions along the lines discussed in the interview.

### B. Claims 2-10 and 12-19

Claims 2-10 and 12-19 which depend from Claim 1, are believed to be patentable for the same reasons articulated above with respect to Claim 1, and because of the additional features recited therein.

-7-

Appl. No.    :   08/595,026
Filed        :   January 31, 1996

### C. Claim 11

Claim 11 which depends from Claim 1, is believed to be patentable for the same reasons articulated above with respect to Claim 1, and because of the additional features recited therein. Furthermore, Applicants have revised province to be provence.

### D. Claims 33-37

Claims 33-37 which depend from Claim 32, are believed to be patentable for the same reasons articulated above with respect to Claim 32, and because of the additional features recited therein.

### E. Claims 39-40

Claims 39-40 which depend from Claim 38, are believed to be patentable for the same reasons articulated above with respect to Claim 38, and because of the additional features recited therein.

### F. Claims 44-50

Claims 44-50 which depend from Claim 43, are believed to be patentable for the same reasons articulated above with respect to Claim 43, and because of the additional features recited therein.

## IV. REJECTION OF CLAIMS 41-42 UNDER 35 U.S.C. § 103(a)

The Examiner rejected Claims 41-42 under 35 U.S.C. § 103(a) as being unpatentable over the Netscape reference in view of the Yellow Pages reference. Claims 41-42 which depend from Claim 38, are believed to be patentable for the same reasons articulated above with respect to Claim 38, and because of the additional features recited therein.

## V. NEW CLAIM

New Claim 58 depends from amended Claim 43 and is believed to be allowable for the same reasons articulated above with respect to Claim 43, and because of the additional features recited therein.

Appl. No.   :   08/595,026
Filed       :   January 31, 1996

## VI. CONCLUSION

In view of the forgoing, the present application is believed to be in condition for allowance, and such allowance is respectfully requested. If further issues remain to be resolved, the Examiner is cordially invited to contact the undersigned such that any remaining issues may be promptly resolved.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: 8/7/98

By: *John R. King*
John R. King
Registration No. 34,362
Attorney of Record
620 Newport Center Drive
Sixteenth Floor
Newport Beach, CA 92660
(714) 760-0404

JRK-4255:sb
080798