# Exhibit F



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/595,026 | 01/31/96 | DUNWORTH | P | ZLAND.001A |

```
                        LM21/0210
KNOBBE MARTENS OLSON & BEAR
620 NEWPORT CENTER DRIVE
SIXTEENTH FLOOR
NEWPORT BEACH CA 92660-8016
```

| EXAMINER |
|---|
| WINDER, P |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2784 | 6 |

DATE MAILED: 02/10/98

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)
*U.S. GPO: 1996-404-496/40510

1- File Copy

| *Office Action Summary* | Application No. 08/595,026 | Applicant(s) Dunworth et al. |
|---|---|---|
| | Examiner Patrice L. Winder | Group Art Unit 2784 |

☒ Responsive to communication(s) filed on *Jan 12, 1998*

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___3___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) *1-57* is/are pending in the application.

Of the above, claim(s) *20-31 and 51-57* is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) *1-19 and 32-50* is/are rejected.

☒ Claim(s) *11* is/are objected to.

☐ Claims _____ are subject to restriction or election requirement.

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☒ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been
  ☐ received.
  ☐ received in Application No. (Series Code/Serial Number) _____.
  ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
  *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892
☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___2___
☐ Interview Summary, PTO-413
☒ Notice of Draftsperson's Patent Drawing Review, PTO-948
☐ Notice of Informal Patent Application, PTO-152

--- *SEE OFFICE ACTION ON THE FOLLOWING PAGES* ---

U.S. Patent and Trademark Office
PTO-326 (Rev. 9-95)     Office Action Summary     Part of Paper No. __6__

Serial Number: 08/595,026
Art Unit: 2784

Page 2

## DETAILED ACTION

### Election/Restriction

1. Applicant's election without traverse of claims 1-19 and 32-50 in Paper No. 4 is acknowledged. However, the non-elected claims must be canceled 20-31 to complete the election.

### Specification

2. A substitute specification is required because there are holes at the top of each page of the specification which obscure information on the first two lines. The substitute specification filed must be accompanied by a statement that it contains no new matter. Such statement must be a verified statement if made by a person not registered to practice before the Office.

3. The disclosure is objected to because of the following informalities: under 37 CFR 1.96 only computer program listings may be listed in the appendix (the examiner has considered the html listings to be included in the definition of computer program listing) and the requirement is made that the material to be included in the specification pursuant to 37 CFR 1.52

Appropriate correction is required.

### Claim Objections

4. Claim 11 is objected to because of the following informalities: the word province is misspelled. Appropriate correction is required.

Serial Number: 08/595,026                                        Page 3

Art Unit: 2784

*Claim Rejections - 35 USC § 103*

5.      The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains. Patentability shall not be negatived by the manner in which the invention was made.

6.      Claims 1-19 and 32-40, and 43-50 are rejected under 35 U.S.C. 103(a) as being unpatentable over Mark Brown et al., Special Edition Using Netscape 2, the description of Yahoo in view of Magellan, pages 182-192.

       As to claim 1, Yahoo taught a system which associates on-line information with geographic areas (Yahoo taught 14 categories of organization, on of which is geographical information), said system comprising:

       a computer network wherein a plurality of computers have access to said computer network (Yahoo operates within the Internet, i.e. WWW environment, pg. 183); and

       an organizer executing in said computer network, wherein said organizer is configured to receive search requests from any one of said plurality of computers (the Yahoo directory is an organizer as in table of contents of Web sites, pg. 183), said organizer comprising:

       a database of information organized into a hierarchy of geographical areas wherein the information corresponding to each one of said hierarchy of geographical areas is further organized

Serial Number: 08/595,026                                                                     Page 4

Art Unit: 2784

into topics (Yahoo provides storage information organized by geographical areas, i.e. Regional index, Figure 8.9, pg. 184); and

    a search engine in communication with said database, said search engine configured to search geographically and topically (at the main location at www.yahoo.com a search engine that allows a Yahoo user to search geographically (by Regional indices) and topically (by keword), pg. 184). Yahoo does not specifically teach said search engine further configured to select one of said hierarchy of geographical areas prior to selection to a topic so as to provide a geographical search area containing topical information. However, Magellan taught said search engine further configured to select one of said hierarchy of geographical areas prior to selection to a topic so as to provide a geographical search area containing topical information, said search engine further configured to search said topics within said selected geographical search area (Magellan taught restricting the search area to categories, pg. 191). It would have been obvious to one of ordinary skill in the art at the time the invention was made to have incorporated Magellan's search engine in Yahoo because doing so would have provided a more integrated search facility.

    As to dependent claim 2, Yahoo taught wherein the computer network is the Internet (Yahoo is a directory for the Web).

    As to dependent claim 3, Yahoo taught wherein said computer network is a host-based computer system (after directing Netscape to the Yahoo site, the Yahoo server becomes the host computer).

Serial Number: 08/595,026 Page 5

Art Unit: 2784

As to dependent claim 4, Yahoo taught wherein said hierarchy of geographical areas define a virtual geographical environment (the hierarchial arrangement of the geographical areas represents a virtual geographical environment by arranging the levels of the hierarchy as real geographical areas are arranged, i.e. cities are referenced by states).

As to dependent claim 5, Yahoo taught wherein said hierarchy has a structure comprising plural geographical levels into which the geographical areas are geographically categorized by size to provide to a low level (the geographical areas are categorized by size, i.e. indexed by countries), one or more intermediate levels and a high level, each of the geographical levels above the lowest level encompassing a plurality of lower level geographical areas.

As to dependent claim 6, Yahoo taught wherein said low level is a city (cities are lower level of the hierarchial index), said intermediate level is a territory (other countries than the US have a territorial index, information is organized on a regional level which would be an intermediate level) and said high level is a state (states are the upper hierarchial index in the US category).

As to dependent claim 7, Yahoo taught wherein said geographical search area is the world (at the main index the search area is the world because all Internet sites are searched).

As to dependent claim 8, Yahoo taught wherein said geographical search area is continent (under the Region index, the next hierarchial index is the continents).

As to dependent claim 9, Yahoo taught wherein said geographical search area is a country (under the Region index, the next hierarchial index is a country).

Serial Number: 08/595,026 Page 6 -
Art Unit: 2784

As to dependent claim 10, Yahoo taught wherein said geographical search area is a state (under the a specific US country index, the next hierarchial index is a state).

As to dependent claim 11, Yahoo taught wherein said geographical search area is providence (under the country index for non-US countries, the next hierarchial index is a providence or region).

As to dependent claim 12, Yahoo taught wherein said geographical search area is a territory (under the country index for non-US countries, the next hierarchial index is a providence or region).

As to dependent claim 13, Yahoo taught wherein said geographical search area is a city (under the state index of the US, the next hierarchial index is a city).

As to dependent claim 14, Yahoo taught wherein said geographical search area is a point of interest (within the each index there are related categories of topics that would be points of interest, such as weather, lodging, etc.).

As to dependent claim 15, Yahoo taught wherein said search engine selects one of said topics associated with said geographical search area (not only geographical areas are used to restrict the search other attributes, such as lodging, outdoors are also available).

As to dependent claim 16, Yahoo taught wherein said topics are hierarchically organized (the categories are contained within in a hierarchial index).

As to dependent claim 17, Yahoo taught wherein for any given geographical search area, the plurality of topics corresponding to said geographical search area are primarily related by

Serial Number: 08/595,026                                                              Page 7

Art Unit: 2784

association with physical attributes within said geographical search areas (the topics within the search regions are related to physical attributes of the index, i.e. the weather, outdoors, etc.).

As to dependent claim 18, Yahoo taught wherein said database is further configured to store a plurality of data records wherein each of said data records is associated with at least one of said topics and at least one of said geographical areas (the web sites are organized geographically and topically, when a web site is added to the Yahoo directory a data record corresponding to the web site is created, pg 186).

As to dependent claim 19, Yahoo taught wherein said plurality of data records contains information about a plurality of institutions or enterprises (it the web site featured by a data record is about an enterprise or institution then the data records contains information about a plurality of institutions or enterprises).

As to claim 32, Yahoo taught a machine for locating information organized into geographically-based areas (Yahoo taught a directory of 14 categories, on of which is a geographical area organization), said machine comprising:

a database of information accessible by computer, said database of information organized into a predetermined hierarchy of geographical areas comprising at least a geographical area of relatively small expense (city are a level in the directory), a geographical area of intermediate expanse (regions or territories are a level) and geographical area of relatively large expanse (countries or continents are a level), said area or intermediate expanse including a plurality of small expanse and wherein the information corresponding to each of said hierarchy of

Serial Number: 08/595,026					Page 8

Art Unit: 2784

geographical areas is further organized into topics (within the various levels are topics such as business, education, etc.); and

    a search engine executing into computer and in communication with said database (Yahoo's search engine searches the main index ), said search engine configured to select at least one geographical area in said hierarchy of geographical areas so as to define a geographical search area having a predetermined geographical boundary (Yahoo's directory selects geographical areas). Yahoo does not specifically teach said search engine further configured to search said topics within said geographical search area. However, Magellan taught said topics within said geographical search area (Magellan is a directory with a search engine that can restrict the search to within directory categories, pg. 191). It would have been obvious to one of ordinary skill in the art at the time the invention was made to have incorporated Magellan's search engine in Yahoo because doing so would have provided a more integrated search facility.

    As to dependent claim 33, Yahoo taught wherein said hierarchy of geographical areas define a virtual geographical environment (the hierarchial arrangement of the geographical areas represents a virtual geographical environment by arranging the levels of the hierarchy as real geographical areas are arranged, i.e. cities are referenced by states).

    As to dependent claim 34, Yahoo taught wherein said search engine displays a list of said geographical areas when one of said requests directs said search engine to access said database (By clicking the Regional category, the Yahoo database is accessed).

Serial Number: 08/595,026

Art Unit: 2784

Page 9

As to dependent claim 35, Yahoo taught wherein for any given geographical search area, the plurality of topics corresponding to said geographical search area are primarily related by association with physical attributes within said geographical search areas (the topics within the search regions are related to physical attributes of the index, i.e. the weather, outdoors, etc.).

As to dependent claim 36, Yahoo taught wherein said database is further configured to store a plurality of data records wherein each of said data records is associated with at least one of said topics and at least one of said geographical areas (the web sites are organized geographically and topically, when a web site is added to the Yahoo directory a data record corresponding to the web site is created, pg 186).

As to dependent claim 37, Yahoo taught wherein said plurality of data records contains information about a plurality of institutions or enterprises (it the web site featured by a data record is about an enterprise or institution then the data records contains information about a plurality of institutions or enterprises).

As to claim 38, Yahoo taught a system for organizing on-line information into geographically based areas (Yahoo is a directory of 14 categories, on of which is a geographical area hierarchy), said system comprising:

a user computer for accessing information in a computer network (user computer connected to the Internet running Netscape); and

organizer means for processing requests received from said user computer (Yahoo directory), said organizer comprising:

Serial Number: 08/595,026                                                                 Page 10
Art Unit: 2784

   a database of information organized into a predefined hierarchy of geographical areas, wherein the information corresponding to each of said geographical areas is further organized into topics (storage of Yahoo's indices and categories); and

   search engine means (Yahoo's search engine). Yahoo does not specifically teach said search engine selecting one of said geographical areas prior to the selection of a topic so as to define a geographical search area, said search engine means also comprising means for searching said topics associated with said geographical search area (Magellan taught restricting a search topically, pg. 191). It would have been obvious to one of ordinary skill in the art at the time the invention was made to have incorporated Magellan's search engine in Yahoo because doing so would have provided a more integrated search facility.

   As to dependent claim 39, Yahoo taught wherein said database is further configured to store a plurality of data records wherein each of said data records is associated with at least one of said topics and at least one of said geographical areas (the web sites are organized geographically and topically, when a web site is added to the Yahoo directory a data record corresponding to the web site is created, pg 186).

   As to dependent claim 40, Yahoo taught wherein said database of information further contains a plurality of display formats, wherein each of said display formats specify a display format (the screens associated with the Yahoo directory are generally organized, i.e. have the same general structure).

Serial Number: 08/595,026                                              Page 11

Art Unit: 2784

    As to claim 43, Yahoo taught a method for locating on-line information (Yahoo is a directory service for online information) comprising:

    organizing a database of on-line information into a plurality of geographical areas (Yahoo stored on-line info by categories, which include geographical areas);

    organizing the information corresponding to said plurality of geographical areas into one or topics (there are non-geographical topics associated with each geographical area);

    displaying said topics associated with said geographical search area (links to sites fitting the search criteria are displayed). Although Yahoo taught a search engine, Yahoo does not specifically teach directing a search engine executing in a computer to select one or more of said geographical areas prior to select a geographical search area containing less than all topical information in the database on the selected topic. However, Magellan taught directing a search engine executing in a computer to select one or more of said geographical areas prior to select a geographical search area containing less than all topical information in the database on the selected topic (Magellan taught restricting a search to within a certain topical are, pg. 191). It would have been obvious to one of ordinary skill in the art at the time the invention was made to have incorporated Magellan's search engine in Yahoo because doing so would have provided a more integrated search facility.

    As to dependent claim 44, Yahoo taught wherein said geographical areas are hierarchically organized (the levels under the Regional category are arranged in a hierarchy)

Serial Number: 08/595,026                                                                                           Page 12

Art Unit: 2784

      As to dependent claim 45, Yahoo taught wherein said geographical search area is a virtual geographical world (the hierarchial arrangement of the geographical areas represents a virtual geographical environment by arranging the levels of the hierarchy as real geographical areas are arranged, i.e. cities are referenced by states).

      As to dependent claim 46, Yahoo taught further comprising the step of directing said search engine to maneuver among said topics associated with said geographical search area (Yahoo directory searches through the hierarchy of topics and geographical areas).

      As to dependent claim 47, Yahoo taught wherein said topics are hierarchically organized (categories on each level lead to other levels, i.e. they are arranged hierarchically).

      As to dependent claim 48, Yahoo taught wherein said plurality of data records contains information about a plurality of institutions or enterprises (it the web site featured by a data record is about an enterprise or institution then the data records contains information about a plurality of institutions or enterprises).

      As to dependent claim 49, Yahoo taught further comprising the step of directing said search engine to select one of said topics associated with said geographical search area (by selecting topics associated with a geographical area).

      As to dependent claim 50, Yahoo taught further comprising the step of displaying said data records associated with said selected topic (displaying the web sites associated with the search topics).

Serial Number: 08/595,026            Page 13

Art Unit: 2784

7.     Claims 41-42 are rejected under 35 U.S.C. 103(a) as being unpatentable over Yahoo and Magellan as applied to claim 39 above, and further in view of Amon et al. Using Structured Documents for Implementing Product/Service Yellow Pages Architecture on the Internet (hereafter referred to as Yellow Pages).

As to dependent claim 41, Yahoo does not specifically teach a display composer means. However, Yellow Pages taught a display page composer means for merging said information in said data records with one of said display formats to generate a display page which is communicated to said user computer (the document instance determines the layout presented to the user, pg. 315).

As to dependent claim 42, Yellow pages taught wherein said display page composer means varies the layout of said display page based on the content of said information in said data records (the layout includes visual formatting, but includes other types of formatting, pg. 315). As to claims 41-42, it would have been obvious to one of ordinary skill in the art at the time the invention was made to have incorporated Yellow Page's display composer in Yahoo's directory because doing so would have provided Yahoo's directory with more detailed information on topics with the search categories (Yellow pages, pg. 312).

Serial Number: 08/595,026 　　　　　　　　　　　　　　　　　　　　　　　　Page 14

Art Unit: 2784

### *Conclusion*

8.　The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

　　a.　Yahoo Regional category directory pages, 1994: taught the hierarchy of Yahoo's REGIONAL category; and

　　b.　Newsbytes, Open Text Teams with Yahoo! On Searchable Web Guide: taught Yahoo's plans to introduce a more powerful search engine.

Serial Number: 08/595,026                                                                 Page 15

Art Unit: 2784

    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Patrice Winder whose telephone number is (703) 305-3938. The examiner can normally be reached on Monday-Friday from 7:30 AM to 4:00 PM.

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Parsh Lall, can be reached on (703) 305-9715. The fax phone number for this Group is (703) 308-9052.

    Communications via Internet e-mail regarding this application, other than those under 35 U.S.C. 132 or which otherwise require a signature, may be used by the applicant and should be addressed to [parshotam.lall@uspto.gov].

    All Internet e-mail communications will be made of record in the application file. PTO employees do not engage in Internet communications where there exists a possibility that sensitive information could be identified or exchanged unless the record includes a properly signed express waiver of the confidentiality requirements of 35 U.S.C. 122. This is more clearly set forth in the Interim Internet Usage Policy published in the Official Gazette of the Patent and Trademark on February 25, 1997 at 1195 OG 89.

    Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 305-3900.

*plw*

Plw

February 2, 1998

RICHARD L. ELLIS
PRIMARY EXAMINER