Exhibit G



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/595,026 | 01/31/96 | DUNWORTH | P | ZLAND.001A |

020995 LM21/1221
KNOBBE MARTENS OLSON & BEAR
620 NEWPORT CENTER DRIVE 16TH FLOOR
NEWPORT BEACH CA 92660

| EXAMINER |
|---|
| WINDER, P |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2758 | 13 |

DATE MAILED: 12/21/98

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

PTO-90C (Rev. 2/95)
*U.S. GPO: 1998-437-638/80022

1- File Copy

| Notice of Allowability | Application No. 08/595,026 | Applicant(s) Dunworth et al. |
|---|---|---|
| | Examiner Patrice L. Winder | Group Art Unit 2758 |

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to _Aug 10, 1998_

☒ The allowed claim(s) is/are _1-19, 32-50, and 58_

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

  ☐ All  ☐ Some*  ☐ None   of the CERTIFIED copies of the priority documents have been

  ☐ received.

  ☐ received in Application No. (Series Code/Serial Number) _____ .

  ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

  *Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

  ☐ because the originally filed drawings were declared by applicant to be informal.

  ☒ including changes required by the Notice of Draftsperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. _6_ .

  ☐ including changes required by the proposed drawing correction filed on _____ , which has been approved by the examiner.

  ☐ including changes required by the attached Examiner's Amendment/Comment.

Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any response to this letter should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

☒ Notice of References Cited, PTO-892

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). _8_

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

☐ Interview Summary, PTO-413

☒ Examiner's Amendment/Comment

☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

☒ Examiner's Statement of Reasons for Allowance

Zarni Maung
Patent Examiner

U.S. Patent and Trademark Office
PTO-37 (Rev. 9-95)            Notice of Allowability            Part of Paper No. _13_

Application/Control Number: 08/595,026 Page 2

Art Unit: 2758

### *Examiner's Amendment*

1.  An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

    Authorization for this examiner's amendment was given in a telephone interview with Bill Nieman on December 18, 1998.

2.  The application has been amended as follows:

Please cancel claims 20-31 and 51-57, which were non-elected without traverse in the response filed on January 12, 1998, paper number 5.

### *Allowable Subject Matter*

3.  Claims 1-19, 32-50 and 58 are allowed.

4.  The following is an examiner's statement of reasons for allowance: Claims 1-19, 32-50 and 58 are allowable over the prior art of record because the prior art of record fails to teach or suggest the invention as disclosed by applicant's statements, the claims and the specification. The prior art of record does not teach the following:

    a method for locating on-line information comprising the following steps:

Application/Control Number: 08/595,026 Page 3
Art Unit: 2758

    organizing a database of on-line information into a plurality of geographical areas, wherein each of said geographical areas have a plurality of associated entries;

    further organizing said entries into more than one topic;

    directing a search engine executing in computer to select one or more of said geographical areas as a geographical search area;

    automatically inheriting an entry from a broader geographical area into said selected geographical search area, and

    displaying said topics associated with said geographical search area as disclosed by applicants specification.

    Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Application/Control Number: 08/595,026                                                                 Page 4

Art Unit: 2758

*Conclusion*

5. The prior art made of record and not relied upon is considered pertinent to applicant's disclosure.

Author unknown, Yahoo! - Company History: taught Yahoo is a directory which is based on a customized database which is Oracle based, hence the name.

6. Any inquiry concerning this communication or earlier communications from the examiner should be directed to Patrice Winder whose telephone number is (703) 305-3938. The examiner can normally be reached on Monday-Friday from 7:30 AM to 4:00 PM.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Parsh Lall, can be reached on (703) 305-9715. The fax phone number for this Group is (703) 308-9052.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the Group receptionist whose telephone number is (703) 305-3900.

Plw

December 18, 1998

Zarni Maung
Patent Examiner