# Exhibit H

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

# SEARCH REQUEST FORM

(49)

Requestor's Name: Patrice Winder
Serial Number: 08/595,026

Date: 12/9/98   Phone: 305-3938   Art Unit: 2758

## Search Topic:

Please write a detailed statement of search topic. Describe specifically as possible the subject matter to be searched. Define any terms that may have a special meaning. Give examples or relevent citations, authors, keywords, etc., if known. For sequences, please attach a copy of the sequence. You may include a copy of the broadest and/or most relevent claim(s).

Inventors: Peter D. Dunworth   Date: 1/31/96 (include date)
John W. Veenstra
Joan Nagelkirk

Basic Concept: An internet search engine/organizer for accessing geographically and topically organized information in a database.

- a network organizer comprises a database and a search engine.
- the database of information is organized into a hierarchy of geographical areas, wherein the entries of each geographical area are further organized into topics
- search engine configured to select a geographical search area, wherein at least one entry is of a ~~dynamically replicated~~ broader geographical area is "dynamically replicated" into a narrower geographical area.

The hierarchial database is arranged geographically and topically. Entries from a broader geographical area are "dynamically replicated" ~~from~~ to a narrower geographical area.

Synonyms: dynamic replication = automatic inheritance = parent-child = inheriting attributes

Prior Art: Yahoo geographic categorical search. See attachment.

12-09-1998 P12:42

## STAFF USE ONLY

Date completed: 12-10-98
Searcher: David Hollery 308789Y
Terminal time: 142
Elapsed time: 30
CPU time: _____
Total time: 172
Number of Searches: 1
Number of Databases: 48

Search Site
✓ STIC / FTC
___ CM-I
___ Pre-S

Type of Search
___ N.A. Sequence
___ A.A. Sequence
___ Structure
___ Bibliographic

Vendors
___ IG
___ STN
✓ Dialog
___ APS
___ Geninfo
___ SDC
___ DARC/Questel
✓ Other