IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION, et al., : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 11-175-RGA |
| GEOTAG INC., : | |
| Defendant. : | |

**ORDER**

This 31st day of August 2012, upon consideration of the Emergency Motion for Stay (D.I. 122) and Motion for Expedited Briefing (D.I. 123), and the Plaintiffs' Letter (D.I. 125), and the Court having conducted a teleconference on August 30, 2012,

IT IS HEREBY ORDERED that:

1. The Emergency Motion for Stay (D.I. 122) is **GRANTED IN PART.** The Briefing Schedule set forth as "Plaintiff's Proposal" on page 2 of D.I. 125 is adopted. GeoTag's Opening Brief is due September 26, 2012.

2. Geotag's counsel (Kenneth Dorsney, Esq.) is to provide a status report on September 14, 2012, as to Geotag's efforts to find new lead counsel. As discussed during the teleconference, Geotag's counsel should independently verify any assertions of Geotag.

3. The Motion for Expedited Briefing (D.I. 123) is **DENIED AS MOOT.**

/s/ Richard G. Andrews
United States District Judge