

# CONNOLLY BOVE LODGE & HUTZ LLP

ATTORNEYS AT LAW

Arthur G. Connolly, III
Partner

DIRECT DIAL:    (302) 888 6318
DIRECT FAX:     (302) 658 0380
EMAIL:          AConnollyIII@cblh.com
REPLY TO:       Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

August 31, 2012

**BY E-FILING**

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801-3570

    Re:    **Google Inc. and Microsoft Corp. v. GeoTag, No. 1:11-cv-175-RGA**

Dear Judge Andrews:

    On behalf of Google Inc. and Microsoft Corporation ("Plaintiffs"), we write to update Your Honor on events surrounding the attempt of the Buether, Joe & Carpenter law firm ("the Buether firm") to withdraw from its representation of GeoTag.

    As discussed on yesterday's telephone conference, the Buether firm earlier this week filed motions to withdraw from representation of GeoTag in 108 separate cases currently pending in the U.S. District Court for the Eastern District of Texas ("the Texas cases"). Last evening, Judge Schneider issued an order denying the Buether firm's request to withdraw, and directed GeoTag to provide notice within 14 days of whether it had secured new counsel or was dismissing the 108 pending cases. We provide a copy of the order for the Court's convenience (Exhibit A).

    In view of the fact that the Buether firm's motion to withdraw from the Texas cases has been denied, and the fact that the Buether firm remains as counsel to GeoTag, Plaintiffs respectfully renew their request that the Buether firm be directed to assist in the preparation of the opening *Markman* brief, originally due today but which has now been extended until September 26, 2012.

                                           Respectfully,

                                           */s/Arthur G. Connolly III*

                                           Arthur G. Connolly, III (#2667)

cc: All Counsel of Record (*by CM/ECF*)

#4985665