## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> GEOTAG, INC., <br><br> Defendant and Counterclaim Plaintiff. | Case No. 1:11-cv-00175-RGA |

### NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that effective September 1, 2012, Arthur G. Connolly, III, counsel for Microsoft Corporation and Google Inc. in the above action, changed law firms. Arthur G. Connolly, III should be served at Connolly Gallagher LLP, as indicated below:

> Connolly Gallagher LLP
> 1000 North West Street, Suite 1400
> Wilmington, Delaware 19801
> Tel: (302) 888-6318
> Fax: (302) 757-7299
> aconnolly@connollygallagher.com

Dated: September 6, 2012

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
CONNOLLY GALLAGHER LLP
1000 West Street, Suite 1400
Wilmington, DE 19801
Tel: (302) 888-6318
Fax: (302) 757-7299
*Attorneys for Plaintiffs Microsoft Corporation and Google Inc.*

{04981334.DOC}