1000 West Street
Suite 1400
Wilmington, DE 19801
www.connollygallagher.com

Arthur G. Connolly, III
Partner
DIRECT DIAL: (302) 888 6318
EMAIL: AConnolly@connollygallagher.com



September 11, 2012

**BY E-FILING**

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE  19801-3570

    Re:    **Google Inc. and Microsoft Corp. v. GeoTag, No. 1:11-cv-175-RGA**

Dear Judge Andrews:

    On behalf of Google Inc. ("Google"), we write to update Your Honor on events surrounding the attempt of the Buether, Joe & Carpenter law firm ("Buether firm") to withdraw from representing GeoTag.

    As we previously informed Your Honor, Judge Schneider of the Eastern District of Texas denied the Buether firm's request to withdraw from the 108 separate Texas cases. Judge Schneider ordered the Buether firm "to continue diligently prosecuting this litigation" and instructed the parties "that all deadlines and appearances remain in effect." Judge Schneider also ordered GeoTag to provide notice within 14 days (by September 13) of whether it had secured new counsel or face dismissal of those cases.

    Yesterday, Andrew Spangler of the firm Spangler and Fussell filed an appearance for GeoTag in the Texas cases. Mr. Spangler is an experienced patent litigator and a former district court clerk in the Eastern District of Texas. Presently, GeoTag is represented by the Buether firm and Spangler firm in Texas, and the Morris James firm in Delaware. GeoTag continues to meet its deadlines, including service today in the Delaware action of discovery responses agreeing to produce documents.

    In view of GeoTag's continued representation, and its continued ability to meet deadlines in this case, Google respectfully submits that the current *Markman* schedule is fair and reasonable.

                                                   Respectfully,

                                                   */s/Arthur G. Connolly III*

                                                   Arthur G. Connolly, III (#2667)

cc: All Counsel of Record (*by CM/ECF*)

{04985692.DOCX}

