# Morris James LLP

Kenneth L. Dorsney
302.888.6855
kdorsney@morrisjames.com

September 14, 2012

**VIA ELECTRONIC FILING & HAND DELIVERY**
The Honorable Richard G. Andrews
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   *Microsoft Corporation, et al. v. GeoTag, Inc.*, D. Del C.A. No.11-00175- RGA;

Dear Judge Andrews:

I write in response to the Court's Order (D.I. 126) to report that GeoTag finalized an agreement today to retain new lead trial counsel, the firm of Hayes Bostock & Cronin LLC.

GeoTag made a concentrated effort these past two weeks to locate and retain new counsel for the above referenced matter. I verified GeoTag's activities by listening in on the calls, by email, and/or by follow-up calls with potential counsel.

I am available at the Court's convenience should it have any questions.

Respectfully submitted,

/s/ Kenneth L. Dorsney
Kenneth L. Dorsney (I.D. No. 3726)

cc: all counsel of record via e-filing