

# O'KELLY ERNST BIELLI & WALLEN, LLC



Sean T. O'Kelly, Esquire
SOKelly@oebwlegal.com

901 N. Market Street
Suite 1000
Wilmington, DE 19801
Phone: (302) 778-4000
Fax: (302) 295-2873

September 18, 2012

**BY CM/ECF ELECTRONIC FILING**
**AND HAND DELIVERY**
The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

    Re:    *Microsoft Corporation, et al. v. GeoTag, Inc.*
             D. Del. C.A. No. 11-00175-RGA

Dear Judge Andrews:

    I write on behalf of GeoTag, Inc. ("GeoTag") in the above-referenced matter. Together with the law firm of Hayes Bostock & Cronin, LLC, we will be taking over from previous counsel in representing GeoTag in this matter.

    As new counsel to the case, we respectfully request a conference with Your Honor so that we may introduce ourselves to the Court and all counsel. We also ask that at the conference we be permitted to discuss various discovery issues that have come to our attention. In the process of taking over this case from previous counsel, it has become clear that, notwithstanding able counsel on the part of Mr. Dorsney and his firm, several discovery issues require lead counsel's urgent attention. We therefore respectfully request an opportunity to raise those issues with Your Honor.

    Last, on an unrelated note, counsel for the parties have agreed, subject to the Court's approval, to extend the claim construction briefing schedule to permit us to familiarize ourselves with the case and allow us time to submit a proper and adequate opening claim construction brief. A stipulation for Your Honor's consideration will be forthcoming.

    Counsel is available at Your Honor's convenience.

                                   Respectfully submitted,

                                   Sean T. O'Kelly

cc:    File Copy
        Arthur G. Connolly, III, Esquire (*via CM/ECF electronic filing*)