**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MICROSOFT CORPORATION, and GOOGLE INC., | : : : | |
| Plaintiffs, | : | C.A. No.: 11-cv-175-RGA |
| v. | : : | JURY TRIAL DEMANDED |
| GEOTAG, INC., | : : | |
| Defendant. | : : | |

**STIPULATION TO EXTEND TIME**

WHEREAS, Plaintiff Microsoft Corporation ("Microsoft"), Plaintiff Google Inc. ("Google"), and GeoTag, Inc. (collectively, the "Parties") have met and conferred regarding the claim construction briefing schedule in the above-captioned matter;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective attorneys of record, subject to approval of the Court, that the Scheduling Order (D.I. 42), as modified by this Court's June 27, 2012 Order (D.I. 108) be further modified as follows:

(a) GeoTag shall serve, but not file an opening brief, not to exceed twenty (20) pages on October 8, 2012;

(b) Microsoft and Google shall serve, but not file, a joint answering brief, not to exceed thirty (30) pages, on October 22, 2012;

(c) GeoTag shall serve, but not file, a reply brief, not to exceed twenty (20) pages on October 29, 2012;

(d) Microsoft and Google shall serve, but not file, a joint sur-reply brief, not to exceed ten (10) pages, on November 5, 2012; and

(e)     No later than November 6, 2012, GeoTag, on behalf of the Parties, shall file the Joint Claim Construction Brief.  The parties shall copy and paste their briefed positions by claim term in sequential order, in substantially the form below:

### JOINT CLAIM CONSTRUCTION BRIEF

I. Agreed-upon Constructions
II. Disputed Constructions
    A.     [TERM 1]
        1. GeoTag's Opening Position
        2. Microsoft and Google's Opening Position
        3. GeoTag's Reply Position
        4. Microsoft and Google's Sur-Reply Position
    B.     [TERM 2]
        1. GeoTag's Opening Position
        2. Microsoft and Google's Opening Position
        3. GeoTag's Reply Position
        4. Microsoft and Google's Sur-Reply Position

The proposed extension is not sought for the purpose of delay and will permit the Parties to file the Joint Claim Construction Brief two weeks prior to the November 20, 2012 Claim Construction Hearing.

**SO STIPULATED**

| | |
|---|---|
| **CONNOLLY GALLAGHER, LLP** | **O'KELLY ERNST BIELLI & WALLEN, LLC** |
| */s/ Arthur G. Connolly, III* | */s/ Sean T. O'Kelly* |
| Arthur G. Connolly, III (No. 2667) | Sean T. O'Kelly (No. 4349) |
| The Brandywine Building | 901 N. Market Street, Suite 1000 |
| 1000 N. West Street, Suite 1400 | Wilmington, Delaware 19801 |
| Wilmington, DE 19801 | (302) 778-4000 |
| (302) 757-7300 | (302) 295-2873 (facsimile) |
| (302) 757-7299 (facsimile) | sokelly@oebwlegal.com |
| aconnolly@connollygallagher.com | *Attorneys for Defendant GeoTag, Inc.* |
| *Attorneys for Plaintiffs* | |
| *Microsoft Corporation and Google, Inc.* | |

Dated: September 18, 2012

SO ORDERED.

Date: _____     _____
                                          The Honorable Richard G. Andrews