1000 West Street
Suite 1400
Wilmington, DE 19801
www.connollygallagher.com

Arthur G. Connolly, III
Partner

DIRECT DIAL: (302) 888 6318
EMAIL: aconnolly@connollygallagher



CONNOLLY
GALLAGHER LLP

October 18, 2012

**BY E-FILING**

The Honorable Richard G. Andrews
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801-3570

    Re:    **Google Inc. and Microsoft Corp. v. GeoTag, No. 1:11-cv-175-RGA**

Dear Judge Andrews:

    In response to the Court's October 12, 2012 order, plaintiff Google provides this update on the status of GeoTag's request to amend the scheduling order.

    GeoTag's Delaware counsel represented at the October 2, 2012 hearing that it would recommend to its client a stay as to the Google customers named in the Texas cases. In return for this stay, counsel for GeoTag requested that: (a) the close of fact discovery be extended in this case from December 14, 2012 to April 10, 2013; (b) the interim dates for the exchange of expert reports and the close of expert discovery be extended approximately four months; and (c) the dispositive motion filing date be extended from June 3, 2013 to August 24, 2013.

    Following the hearing, Google provided GeoTag with a list of its customers that had been named as defendants in the Texas cases. The list included 125 defendants named in various of the 110 separate cases filed in Texas. On October 15, 2012, GeoTag's Texas counsel stated that it would not agree to stay the Texas actions as to all of Google's 125 customers. Instead, GeoTag's Texas counsel said that any requested stay would apply to only 40-50 of Google's customers. Google rejected this proposal since it would still have required Google to be simultaneously involved in both the Texas and Delaware actions.

    GeoTag also offered to have its Texas counsel request a four-month extension of the dates currently set in Texas. But GeoTag's Texas counsel has not provided a draft of the request, nor can GeoTag ensure that the court in Texas will agree to any such request. In any event, an extension of the Texas actions will still require Google to be simultaneously involved in both the Texas and Delaware actions.

    Amidst these scheduling discussions, Google has continued to provide GeoTag with timely discovery in this action. Google has produced source code and documents for each of the accused products. GeoTag's experts have spent over 650 hours reviewing the source code, and Google's counsel has routinely assisted in locating requested code modules. Google has



{05000104.DOCX.}

The Honorable Richard G. Andrews
October 18, 2012
Page 2

completed production of electronic documents, and has also completed production of e-mail for agreed-upon custodians. Google satisfied the Court's order to "substantially complete" discovery by October 5, 2012, with weeks to spare. This still leaves GeoTag's new Delaware counsel two months to take the depositions it needs to complete fact discovery by the current deadline of December 14, 2012.

Google is mindful of this Court's statement at the October 2, 2012 hearing that Your Honor "would like to give [GeoTag's new counsel] some more time to do the fact discovery" (10/2/12 Hearing Tr. at 17). If GeoTag is to receive more time to depose Google witnesses, then Google respectfully requests that the time be extended no more than 4-6 weeks. This, in turn, would extend the close of expert discovery and the date to file dispositive motions no more than 4-6 weeks. A new schedule would look something like the following:

Close of fact discovery – February 1, 2013 (from December 14, 2012)

Opening expert reports – March 29, 2013 (from February 22, 2013)

Response expert reports – April 26, 20013 (from March 22, 2013)

Reply expert reports – May 17, 2013 (from April 12, 2013)

Close of expert discovery – June 14, 2013 (from May 6, 2013)

Dispositive motions - July 5, 2013 (from June 3, 2013)

This schedule would permit GeoTag's Delaware counsel ample time to depose Google witnesses, while allowing the Court sufficient time to review and rule on the parties' dispositive motions prior to trial.

Respectfully Submitted,

/s/Arthur G. Connolly III

Arthur G. Connolly, III (#2667)

cc: All Counsel of Record (*by CM/ECF*)

{05000104.DOCX.}