**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MICROSOFT CORPORATION, and | : | |
| GOOGLE INC., | : | |
| | : | |
| Plaintiffs, | : | C.A. No.: 11-cv-175-RGA |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| GEOTAG, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

**STIPULATION TO EXTEND TIME**

WHEREAS, Plaintiff Microsoft Corporation ("Microsoft"), Plaintiff Google Inc. ("Google"), and GeoTag, Inc. (collectively, the "Parties") have met and conferred regarding the schedule in the above-captioned matter;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective attorneys of record, subject to approval of the Court, that the Scheduling Order (D.I. 42), as modified by this Court's June 27, 2012 Order (D.I. 108) be further modified as follows:

(a)     All fact discovery in this case shall be initiated so that it will be completed on or before April 1, 2013;

(b)     All expert discovery shall be completed on or before June 26, 2013;

(c)     Opening expert reports from the party with the initial burden of proof shall be due on or before April 12, 2013;

(d)     Rebuttal expert reports to contradict or rebut evidence on the same matter by another party shall be due on or before May 10, 2013;

(e)     Reply expert reports from the party with the initial burden of proof shall be due on or before June 7, 2013; and

(f)     All case dispositive motions, an opening brief, and affidavits, if any, in support of the motion shall be served and filed on or before July 3, 2013.

**SO STIPULATED**

**CONNOLLY GALLAGHER, LLP**                      **O'KELLY ERNST BIELLI & WALLEN, LLC**

*/s/ Arthur G. Connolly, III*                      */s/ Sean T. O'Kelly*
Arthur G. Connolly, III (No. 2667)              Sean T. O'Kelly (No. 4349)
The Brandywine Building                          901 N. Market Street, Suite 1000
1000 N. West Street, Suite 1400                  Wilmington, Delaware  19801
Wilmington, DE  19801                            (302) 778-4000
(302) 757-7300                                   (302) 295-2873 (facsimile)
(302) 757-7299 (facsimile)                       sokelly@oebwlegal.com
aconnolly@connollygallagher.com

                                                 *Attorneys for Defendant GeoTag, Inc.*
*Attorneys for Plaintiffs*
*Microsoft Corporation and Google, Inc.*

Dated: November 5, 2012

                              SO ORDERED.

Date: _____          _____
                                 The Honorable Richard G. Andrews