IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MICROSOFT CORPORATION, et al., :
:
        Plaintiffs, :
:
v. :   Civil Action No. 11-175-RGA
:
GEOTAG INC., :
:
        Defendant. :

**ORDER**

The Court has considered the Motion for a Protective Order. (D.I. 171). The Defendant wants to designate a sixth expert to replace four of its previous experts. Plaintiff Google objects. Pursuant to the existing Protective Order (D.I. 161), the Defendant is limited to five experts absent a motion for good cause showing that additional experts are necessary. (*Id.*, ¶4(c)(1)). The Defendant has not filed such a motion; rather, Plaintiff has filed a motion for a further protective order.[1] Defendant's argument for good cause is essentially that the proposed expert would be more efficient and less costly than the four experts he would be replacing. Plaintiff counters that the four experts have already spent 550 hours reviewing source code. In my opinion, the representation that the proposed expert will be more efficient does not constitute good cause in view of the substantial investment made in the four existing experts, and the lack of any claim that there is some reason why the existing experts cannot do the job they were hired

---

[1] The Protective Order has a paragraph (¶6(c)) which would put the burden on the Plaintiff, but I think that paragraph is only reached when the Defendant has not exceeded its expert limit.

to do. Thus, Google's Motion for a Protective Order (D.I. 171) is **GRANTED**, and confidential information is not to be disclosed to Mr. Easttom.

Nov 26, 2012
Date

_____
United States District Judge