# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., <br><br>   Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> GEOTAG, INC., <br><br>   Defendant and Counterclaim Plaintiff. | Case No. 1:11-cv-00175-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 3rd day of January, 2013, a copy of GOOGLE INC.'S SECOND AMENDED NOTICE OF DEPOSITION OF ELIZABETH MORGAN was served upon the following counsel of record via Email:

SEAN T. O'KELLY
O'Kelly, Ernst, Bielli & Wallen, LLC
901 N. Market Street, Suite 1000
Wilmington, DE 19801
Email: sokelly@oebwlegal.com

PAUL J. HAYES
DEAN G. BOSTOCK
JAMES C. HALL
KEVIN GANNON
JOHN L. CAPONE
Hayes, Bostock, & Cronin LLC
300 Brickstone Square, 9th Floor
Andover, MA 01810
Email: dbostock@hbcllc.com
Email: PHayes@hbcllc.com
Email: JHall@hbcllc.com
Email: KGannon@hbcllc.com
Email: jcapone@hbcllc.com

{05024492.DOC.}

DATED: January 4, 2013

CONNOLLY GALLAGHER LLP

*/s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
1000 West Street
Wilmington, DE 19801
(302) 757-7300
aconnolly@connollygallagher.com

*Attorneys for Google, Inc.*

Of Counsel:

Michael J. Bettinger (*Pro Hac Vice*)
Irene Yang (*Pro Hac Vice*)
Christy V. La Pierre (*Pro Hac Vice*)
K&L GATES LLP
Four Embarcadero Ctr., Ste. 1200
San Francisco, California 94111-5994
Tel: (415) 882-8200
Fax: (415) 882-8220
michael.bettinger@klgates.com
irene.yang@klgates.com
christy.lapierre@klgates.com

Michael J. Abernathy (*Pro Hac Vice*)
Brian J. Arnold (*Pro Hac Vice*)
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602-4207
Tel: (312) 372-1121
Fax: (312) 827-8000
michael.abernathy@klgates.com
brian.arnold@klgates.com