# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> GEOTAG, INC., <br><br> Defendant and Counterclaim Plaintiff. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 11-175-RGA |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Michael A. Berta and Maulik G. Shah of Arnold & Porter LLP, Three Embarcadero Center, 7th Floor, San Francisco, CA 94111 and Marc A. Cohn of Arnold & Porter LLP, 555 Twelfth Street, NW, Washington, DC 20004 to represent plaintiff Google Inc. in this matter.

Dated: January 11, 2013

CONNOLLY GALLAGHER LLP

*/s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (#2667)
1000 West Street
Wilmington, DE 19801
(302) 757-7300
aconnolly@connollygallagher.com

*Attorneys for Google, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* of Michael A. Berta, Maulik G. Shah and Marc A. Cohn is granted.

Dated: _____          _____
                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California and the Bar of the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Michael A. Berta
Arnold & Porter LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
(415) 471-3100

Dated: January 8, 2013

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of California. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Maulik G. Shah
Arnold & Porter LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
(415) 471-3100

Dated: January 8, 2013

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the District of Columbia. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Marc A. Cohn
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004
(202) 942-5000

Dated: January 8, 2013