IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> GEOTAG, INC., <br><br> Defendant and Counterclaim Plaintiff. | Case No. 1:11-cv-00175-RGA |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the undersigned hereby certifies that on the 6th day of February, 2013, a copy of Plaintiff Google Inc.'s Objections and Responses to Defendant GeoTag, Inc.'s Rule 30(b)(6) Notice of Deposition of Google Inc. was served upon the following counsel of record in the manner indicated:

**By Electronic Mail:**
Smiyah Diaz
Hayes, Bostock, & Cronin LLC
300 Brickstone Square, 9th Floor
Andover, MA 01810
sdiaz@hbllc.com

DATED: February 13, 2013

CONNOLLY GALLAGHER LLP

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (#2667)
1000 North West Street
Wilmington, DE 19801
(302) 757-7300
aconnolly@connollygallagher.com

*Attorneys for Plaintiffs*

Of Counsel:

Maulik G. Shah (*Pro Hac Vice*)
Michael Berta (*Pro Hac Vice*)
ARNOLD & PORTER LLP
Three Embarcadero Ctr., 10th Floor
San Francisco, CA 94111
Tel: (415) 471-3100
Fax: (415) 471-3400
maulik.shah@aporter.com
michael.berta@aporter.com

Marc A. Cohn (*Pro Hac Vice*)
ARNOLD & PORTER LLP
555 Twelfth Street NW
Washington, D.C. 20004
Tel: (202) 942-5000
Fax: (202) 942-5999
marc.cohn@aporter.com

Michael J. Bettinger (*Pro Hac Vice*)
Irene Yang (*Pro Hac Vice*)
Christy V. La Pierre (*Pro Hac Vice*)
K&L GATES LLP
Four Embarcadero Ctr., Ste. 1200
San Francisco, California 94111-5994
Tel: (415) 882-8200
Fax: (415) 882-8220
michael.bettinger@klgates.com
irene.yang@klgates.com
christy.lapierre@klgates.com

Michael J. Abernathy (*Pro Hac Vice*)
Brian J. Arnold (*Pro Hac Vice*)
K&L GATES LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602-4207
Tel: (312) 372-1121
Fax: (312) 827-8000
michael.abernathy@klgates.com
brian.arnold@klgates.com

*Attorneys for Plaintiff*
*Google Inc.*