**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 11-cv-175 (RGA) |
| GEOTAG, INC., | ) ) ) | |
| Defendant. | ) ) | |

### RULE 30(b)(6) NOTICE OF DEPOSITION OF GOOGLE, INC.

TO: PLAINTIFF GOOGLE, INC. AND ITS COUNSEL OF RECORD

PLEASE TAKE NOTICE that defendant, GeoTag, Inc., will take the deposition of plaintiff, Google, Inc., pursuant to Fed. R. Civ. P. 26 and Fed. R. Civ. P. 30(b)(6) by the person or persons most knowledgeable regarding the matters specified below. The deposition will be taken on May 16, 2013, commencing at 9:00 a.m. at the office of Arnold & Porter, 1801 Page Mill Road, Suite 110, Palo Alto, California, or at such other time and place as may be agreed upon by the parties. The deposition will be taken under oath by a Notary Public or other person qualified to administer oaths in the State of California, and may be recorded by any means that the Federal Rules of Civil Procedure permit, including videotaping, audiotaping, stenographic recording, and means permitting electronic transmission of the transcript, including Livenote.

The deposition will continue from day-to-day, Saturdays, Sunday, and holidays excepted, until complete. Prior to the deposition, plaintiff, Google, Inc., shall designate in

06038266

writing to defendant the name(s) of the person(s) who will testify on its behalf in response to this Notice of Deposition. Plaintiffs are hereby invited to attend and cross-examine.

## DEFINITIONS

1. "Google," "you" and "your" mean Google, Inc., the entity named as a plaintiff in the Complaint; any predecessor(s) or successor(s) of Google, and any past or present parent, division, department, subsidiary, affiliate, joint venture, associated organization, director, officer, agent, manager, employee, consultant, accountant, staff, member or other representative of Google, including counsel and patent agents.

2. "Defendant" means GeoTag, Inc.

3. "Plaintiffs" means Microsoft Corporation and Google Inc.

4. "The '474 Patent" and "patent-in-suit" mean United States Patent No. 5,930,474.

5. "Document" shall have the meaning accorded by rule 34(a) of the Federal Rules of Civil Procedure including, but not limited to all of the matters defined in Rule 1001 of the Federal Rules of Evidence and any written, printed, typed, recorded, magnetic, punched, copied, graphics, or other tangible thing in which information may be embodied, translated, conveyed, or stored.

6. "Thing" shall have the full meaning ascribed to it by the Federal Rules of Civil Procedure.

7. "Communication" means the transmittal of information (in the form of facts, ideas, inquiries or otherwise), and encompasses every medium of information transmittal, including but not limited to oral, written, graphic, and electronic communication.

8. "Person" means an individual, proprietorship, partnership, firm corporation, association, governmental agency, or other organization or entity.

9. "Employee" means any director, trustee, officer, employee, partner, corporate parent, subsidiary, affiliate or servant of the designated entity, whether active or retired, full-time or part-time, current or former, and compensated or not.

10. "Include" and "including" are to be read as followed by the phrase "without limitation," so as to acquire the broadest meaning possible.

11. "Concern," "concerning," "evidence," "evidencing,," "relating to," "relate to," "relates to," "related to," "referring or relating to," "referring to," "regarding," and "refer or relate to" shall be construed broadly to mean in whole or in part alluding to, responding to, concerning, relating to, connected with, involving, commenting on, in respect of, about, associated with, discussing, evidencing, showing, describing, reflecting, analyzing, summarizing, memorializing, consisting of, constituting, identifying, stating, tending to support, tending to discredit, referring to, or in any way touching upon.

12. "And" and "or" shall be construed either conjunctively or disjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

13. "Any" and "each" should be understood to include and encompass "all."

14. Where appropriate, the singular form of a word should be interpreted in the plural and vice versa, to acquire the broadest possible meaning.

## DEPOSITION TOPICS

The topics on which the designated witness(es) should be prepared to testify to are as follows:

**Topic No. 1:**

The types of royalties Google pays when it licenses one or more third-party patents (i.e., running royalty, lump sum, etc.).

**Topic No. 2:**

The types of royalties Google accepts when it grants a license to one or more of its own patents (i.e., running royalty, lump sum, etc.).

**Topic No. 3:**

Any and all patent licenses Google has entered into relating to Google AdWords, AdWords Express , AdSense and/or any other Accused Instrumentality.

**Topic No. 4:**

Google's patent licensing policy(ies).

**Topic No. 5:**

Google's patent licensing strategy(ies).

| | |
|---|---|
| Dated: April 30, 2013 | **O'KELLY ERNST & BIELLI, LLC** |
| | |
| | */s/ Sean T. O'Kelly* |
| | Sean T. O'Kelly (No. 4349) |
| | 901 N. Market St., Suite 1000 |
| | Wilmington, Delaware  19801 |
| | (302) 778-4000 |
| | (302) 295-2873 facsimile |
| | sokelly@oeblegal.com |

*Of Counsel:*

Paul J. Hayes, Admitted *pro hac vice*
James C. Hall, Admitted pro *hac vice*
Samiyah Diaz, Admitted *pro hac vice*
**HAYES BOSTOCK CRONIN LLC**
300 Brickstone Square, Suite 901 Andover, MA 01810
(978) 809-3850
(978) 809-3869 facsimile
phayes@hbcllc.com
jhall@hbcllc.com
sdiaz@hbcllc.com
***Counsel for Defendant GeoTag, Inc.***