IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION, and GOOGLE INC., | : <br> : <br> : |
| Plaintiffs, | :    C.A. No.: 11-cv-175-RGA |
| v. | : <br> :    JURY TRIAL DEMANDED |
| GEOTAG, INC., | : <br> : |
| Defendant. | : <br> : |

## STIPULATED JUDGMENT

WHEREAS, Plaintiff Microsoft Corporation ("Microsoft") and GeoTag, Inc. (collectively, the "Parties") have met and conferred regarding the above-captioned matter;

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective attorneys of record, subject to approval of the Court, that judgment be entered in this matter by way of the proposed stipulated judgment attached hereto as Exhibit "A":

**SO STIPULATED**

| | |
|---|---|
| **CONNOLLY GALLAGHER, LLP** | **O'KELLY ERNST &BIELLI, LLC** |
| /s/ Arthur G. Connolly, III <br> Arthur G. Connolly, III (No. 2667) <br> The Brandywine Building <br> 1000 N. West Street, Suite 1400 <br> Wilmington, DE19801 <br> (302) 757-7300 <br> (302) 757-7299 (facsimile) <br> aconnolly@connollygallagher.com <br><br> *Attorneys for Plaintiff* <br> *Microsoft Corporation* | /s/ Sean T. O'Kelly <br> Sean T. O'Kelly (No. 4349) <br> 901 N. Market Street, Suite 1000 <br> Wilmington, Delaware19801 <br> (302) 778-4000 <br> (302) 295-2873 (facsimile) <br> sokelly@oeblegal.com <br><br> *Attorneys for Defendant GeoTag, Inc.* |

Dated: May 13, 2013

SO ORDERED.

Date: May 14, 2013

_____
The Honorable Richard G. Andrews

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

MICROSOFT CORPORATION, and
GOOGLE INC.,

        Plaintiffs,

v.

GEOTAG, INC.,

        Defendant.

C.A. NO. 11-CV-175 (RGA)

## STIPULATED JUDGMENT

• Microsoft Corporation ("Microsoft") and GeoTag, Inc. ("GeoTag") have agreed to the entry of a Stipulated Judgment in the above action as follows:

1. Microsoft filed this declaratory-relief action seeking, among other things, a declaration that certain Microsoft services that Microsoft provides to its customers do not directly or indirectly infringe any claim of U.S. Patent No. 5,930,474 ("'474 Patent").

2. The services for which Microsoft sought declaratory relief included Bing Maps Web Services, Microsoft MapPoint Web Services, Bing Maps Platform APIs (including but not limited to, Bing Maps AJAX Control API, Bing Maps iOS Control API, Bing Maps Silverlight Control API, Bing Maps SOAP Services API, Bing Maps REST Services API, Bing Maps Spatial Data Services API, MapPoint Web Service SOAP API, Bing Maps Silverlight Control for Windows Phone API, Bing Maps Windows Presentation Foundation Control API, Bing Maps for Windows Store Apps API), Bing Maps website (www.bing.com/maps), Virtual Earth Map Control, Bing Maps AJAX Control, and Bing Maps Silverlight Control ("Microsoft Store Locator Technology").

• 3. GeoTag filed a counterclaim against Microsoft, alleging that Bing Geographic Search, Bing Local, Bing Travel, Bing Maps, Bing News, Bing Local News, Bing Events, Bing Shopping, Bing Deals, Bing Weekly Ads, Bing Movies, Bing Autos, Bing Mobile Ads, Bing Web Text Ad, and Bing TV ("Non-Ads Counterclaim Products") directly infringe the '474 Patent.

4. GeoTag and Microsoft stipulate and agree that making, Using, selling, offering to sell or importing of the Microsoft Store Locator Technology and the Non-Ads Counterclaim Products do not directly or indirectly, by inducement or contribution, infringe any claim of the '474 patent.

LEGAL26003767.1

5.   GeoTag and Microsoft stipulate that "Using" in paragraph 4 above as applied to Microsoft Store Locator Technology means use without combining the Microsoft Store Locator Technology with a non-Microsoft product, data, or business process. GeoTag and Microsoft stipulate that "Using" in paragraph 4 above includes Microsoft's own use of Microsoft Store Locator Technology, including, but not limited to, Microsoft's use of the Microsoft Store Locator Technology in connection with its own retail stores.

6.   The Parties agree that the remaining issue to be tried in this action concerns Bing Ads. The Parties further agree that none of Microsoft's defenses are affected by this stipulated judgment.

7.   Accordingly, Microsoft and GeoTag request that the Court accept and enter this Stipulated Judgment.

GEOTAG, INC.

By: _____
Name: John W. Veenstra
Title: Chief Executive Officer
Date: May 6, 2013

MICROSOFT CORPORATION

By: _____
Name: STACY QUAN
Title: ASSISTANT GENERAL COUNSEL
Date: MAY 9, 2013