IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., ) ) ) | |
| Plaintiffs, ) | C.A. No. 11-175-RGA |
| ) v. ) ) | **JURY TRIAL DEMANDED** |
| GEOTAG, INC., ) ) | |
| Defendant. ) | |

### AMENDED SCHEDULING ORDER REGARDING GOOGLE CLAIMS

WHEREAS, the Scheduling Order in this matter was originally entered on February 27, 2012;

WHEREAS, the Court directed the parties to meet and confer and submit a revised schedule in advance of the Status Conference set for August 30, 2013;

WHEREAS, the Court discussed the schedule with counsel at the August 30, 2013 Status Conference;

WHEREAS, the Court determined to sever the Microsoft and Google actions for purposes of trial;

IT IS HEREBY ORDERED that certain deadlines set forth in the Rule 16 Scheduling Order entered in this case (D.I. 42) (the "Scheduling Order") and modified by Stipulation and Order (D.I. 173) shall be further modified or supplemented as set forth below, for all claims against Google:

| | | |
|---|---|---|
| Initial expert reports | April 12, 2013 | October 2, 2013 |
| Rebuttal expert reports | May 10, 2013 | November 1, 2013 |
| Reply expert reports | June 7, 2013 | November 13, 2013 |
| Expert discovery cut off | June 26, 2013 | November 27, 2013 |
| Case-dispositive-motions and/or summary judgment opening brief | July 3, 2013 | December 13, 2013 |
| Case-dispositive-motions and/or summary judgment responsive brief | Per local rule | January 6, 2013 |
| Case-dispositive-motions and/or summary judgment reply brief | Per local rule | January 13, 2013 |
| Hearing on case dispositive motions, summary judgment motions, and *Daubert* motions, as appropriate | | TBD per Court availability |
| Plaintiffs to circulate draft pretrial order; parties to exchange exhibits | Per local rule and as agreed by the parties | March 17, 2014 |
| Defendants to provide sections of pretrial order; parties to provide objections to exhibits & rebuttal exhibits | Per local rule and as agreed by the parties | March 24, 2014 |
| Parties to complete meet and confer regarding pretrial order no later than | Per local rule and as agreed by the parties | April 2, 2014 |
| Joint Proposed Pretrial Order | November 12, 2013 | April 4, 2014 |
| Final Pre-Trial Conference | November 15, 2013 | April 11, 2014, 8:30 am |
| Trial | December 9, 2013 | April 21, 2014 @ 9:30 am |

All other deadlines set forth in the Scheduling Order shall remain the same.

IT IS SO ORDERED this 16th day of Sept, 2013.

*Richard G. Andrews*

The Honorable Richard G. Andrews
United States District Judge

1119811 / 40718

2