# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., | ) ) ) | C.A. No. 11-175-RGA |
| Plaintiffs, | ) ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | |
| GEOTAG, INC., | ) ) | |
| Defendant. | ) ) | |

## AMENDED SCHEDULING ORDER REGARDING MICROSOFT CLAIMS

WHEREAS, the Scheduling Order in this matter was originally entered on February 27, 2012;

WHEREAS, the Court determined at the August 30, 2013 status conference to sever the Microsoft and Google actions for purposes of trial; and

WHEREAS, the parties have met and conferred regarding a revised schedule.

IT IS HEREBY ORDERED that certain deadlines set forth in the Rule 16 Scheduling Order entered in this case (D.I. 42) (the "Scheduling Order") and modified by Stipulation and Order (D.I. 173; D. I. 350; and D.I. 352) shall be further modified or supplemented as set forth below, for all claims against Microsoft:

| ▓▓▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓▓▓▓▓ |
|---|---|---|
| Initial expert reports | April 12, 2013 | May 30, 2014 |
| Rebuttal expert reports | May 10, 2013 | June 27, 2014 |
| Reply expert reports | June 7, 2013 | July 11, 2014 |
| Expert discovery cut off | June 26, 2013 | July 30, 2014 |
| Case-dispositive-motions and/or summary judgment opening brief | July 3, 2013 | August 8, 2014 |
| Case-dispositive-motions and/or summary judgment responsive brief | Per local rule | August 29, 2014 |
| Case-dispositive-motions and/or summary judgment reply brief | Per local rule | September 12, 2014 |
| Hearing on case dispositive motions, summary judgment motions, and *Daubert* motions, as appropriate | N/A | TBD per Court availability |
| Plaintiffs to circulate draft pretrial order; parties to exchange exhibits | Per local rule and as agreed by the parties | Per local rule and as agreed by the parties |
| Defendants to provide sections of pretrial order; parties to provide objections to exhibits & rebuttal exhibits | Per local rule and as agreed by the parties | Per local rule and as agreed by the parties |
| Parties to complete meet and confer regarding pretrial order no later than | Per local rule and as agreed by the parties | Per local rule and as agreed by the parties |
| Joint Proposed Pretrial Order | November 12, 2013 | November 11, 2014 |
| Final Pre-Trial Conference | November 15, 2013 | November 14, 2014 @ 3:00 pm. |
| Trial | December 9, 2013 | December 8, 2014 @ 9:30 am |

All other deadlines set forth in the Scheduling Order shall remain the same.

IT IS SO ORDERED this __14th__ day of __Nov__, 2013.

_____
The Honorable Richard G. Andrews
United States District Judge