# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 11-175-RGA ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| GEOTAG, INC., | ) ) ) |
| Defendant. | ) |

**PLAINTIFF AND COUNTERCLAIM-DEFENDANT GOOGLE INC.'S
MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE BASIS OF LACHES**

Pursuant to Fed. R. Civ. P. 56, Plaintiff and Counterclaim-Defendant Google Inc., ("Google"), respectfully moves for summary judgment on the basis of laches. The grounds for this motion are further set forth in Google's Memorandum of Points and Authorities in Support of Motion for Partial Summary Judgment on the Basis of Laches, which is being filed contemporaneously herewith.

WHEREFORE, Google requests that the Court grant this Motion and issue the attached Order.

OF COUNSEL:

Robert A. Van Nest
Asim M. Bhansali
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA  94111-1809
Tel:  (415) 391-5400

Michael A. Berta
Maulik G. Shah
ARNOLD & PORTER LLP
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel: (415) 471-3100

Dated:  December 20, 2013
1134253/ 40718

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:   *Richard L. Horwitz*
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Bindu A. Palapura (#5370)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     Wilmington, DE  19801
     Tel:  (302) 984-6000
     rhorwitz@potteranderson.com
     dmoore@potteranderson.com
     bpalapura@potteranderson.com

*Attorneys for Plaintiff and Counterclaim-Defendant Google Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

## **CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on December 20, 2013, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on December 20, 2013, the attached document was electronically mailed to the following person(s)

| | |
|---|---|
| Arthur G. Connolly, III<br>Connolly Gallagher LLP<br>The Brandywine Building<br>1000 West Street, 14th Floor<br>Wilmington, DE 19801<br>302-757-7300<br>302-757-7299 (fax)<br>aconnolly@connollygallagher.com<br>*Attorneys for Plaintiff Microsoft Corporation* | Matthew C. Bernstein<br>Ryan Hawkins<br>Patrick J. McKeever<br>Evan Day<br>Di Zhang<br>Perkins Coie LLP<br>11988 El Camino Real, Suite 200<br>San Diego, CA 92130-3334<br>mbernstein@perkinscoie.com<br>rhawkins@perkinscoie.com<br>pmckeever@perkinscoie.com<br>eday@perkinscoie.com<br>dzhang@perkinscoie.com<br>*Attorneys for Plaintiff Microsoft Corporation* |
| Grant E. Kinsel<br>Perkins Coie LLP<br>1888 Century Park E., Suite 1700<br>Los Angeles, CA 90067-1721<br>gkinsel@perkinscoie.com<br>*Attorneys for Plaintiff Microsoft Corporation* | Judith B. Jennison<br>Kaustuv M. Das<br>Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA 98101-3099<br>jjennison@perkinscoie.com<br>kmdas@perkinscoie.com<br>*Attorneys for Plaintiff Microsoft Corporation* |

| | |
|---|---|
| Sean T. O'Kelly<br>O'Kelly Ernst & Bielli, LLC<br>901 North Market Street, Suite 1000<br>Wilmington, DE  19801<br>sokelly@oeblegal.com<br>*Attorneys for Defendant GeoTag, Inc.* | Paul J. Hayes<br>Samiyah Diaz<br>Hayes Messina Gilman & Hayes, LLC<br>300 Brickstone Square, 9th Floor<br>Andover, MA  01810<br>phayes@hayesmessina.com<br>sdiaz@hayesmessina.com<br>*Attorneys for Defendant GeoTag, Inc.* |
| Joseph P. Messina<br>Anthony Miele<br>Hayes Messina Gilman & Hayes, LLC<br>200 State Street, 6th Floor<br>Boston, MA  02109<br>jmessina@hayesmessina.com<br>amiele@hayesmessina.com<br>*Attorneys for Defendant GeoTag, Inc.* | By: */s/ Richard L. Horwitz*<br>    Richard L. Horwitz<br>    David E. Moore<br>    Bindu A. Palapura<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, Delaware 19899-0951<br>    (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com |

1117764 / 40718