IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **MICROSOFT CORPORATION, et. al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**GEOTAG, INC.,**<br><br>Defendant. | Civil Action No. 11-00175-RGA |

MEMORANDUM ORDER

Having considered all the papers and argument submitted regarding the Motion To Dismiss (D.I. 478) between the parties (D.I. 479, 481, 486, 492, 493), it is now

1. ORDERED that within 10 days of this Order, the Plaintiffs may amend their complaint pursuant to the Court's discretionary authority under 28 U.S.C. § 1653. The Plaintiffs are reminded that any factual amendments to the complaint must have been extant at the time that the original complaint was filed.

2. ORDERED that within 20 days of this Order, the Defendant is either to withdraw its Motion to Dismiss as moot or file a supplemental brief indicating why the Court continues to lack subject matter jurisdiction.

3. ORDERED that within 30 days of this Order, the Plaintiffs are to file an answer to the Defendant's supplemental brief.

4. ORDERED that within 35 days of this Order, the Defendant may file a reply to the Plaintiffs' answering brief.

The Court reserves judgment on Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction. (D.I. 478).

Entered this 30th day of June, 2014.

/s/ Richard G. Andrews
United States District Judge