IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICROSOFT CORPORATION and GOOGLE INC., | ) ) ) |
| Plaintiffs, | ) ) C.A. No. 11-175-RGA ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| GEOTAG, INC., | ) ) |
| Defendant. | ) |

## [PROPOSED] STIPULATED FINAL JUDGMENT

1. WHEREAS, on June 10, 2013, the Court entered a Stipulated Judgment between Plaintiff and counterclaim-Defendant Google Inc. ("Google") and Defendant and counterclaim-Plaintiff GeoTag, Inc. ("GeoTag"). (D.I. 323);

2. WHEREAS, on April 10, 2014, the Court entered an Order granting Google's Motion for Summary Judgment of Non-Infringement. (D.I. 470);

3. WHEREAS, on October 1, 2014, the Court entered an Order granting Google's Unopposed Motion to Sever the Microsoft-related claims from this action pursuant to FED. R. CIV. P. 21. (D.I. 517);

4. WHEREAS, on October 1, 2014, the Court entered a Stipulation of Dismissal between GeoTag and Plaintiff and Counterclaim-defendant Microsoft Corp. ("Microsoft") regarding the Microsoft-related claims, which Stipulation had no effect on the Google-related claims. (D.I. 518);

5. WHEREAS, Google stipulates and agrees to voluntarily dismiss without prejudice its cause of action for declaratory judgment of patent invalidity. (D.I. 496);

6. **THEREFORE, IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** as follows:

i) In accordance with the Order Granting Google's Motion for Summary Judgment of Non-Infringement (D.I. 470) and in accordance with the Stipulated Judgment entered on June 10, 2013 (D.I. 323), judgment is entered in favor of Google on its claim for declaratory judgment of non-infringement.

ii) Judgment in favor of Google is entered on GeoTag's counterclaim for patent-infringement against Google.

iii) Google's claim for declaratory judgment of patent invalidity is voluntarily dismissed without prejudice.

iv) Pursuant to FED. R. CIV. P. 54(d)(1), Google, as the prevailing party, is entitled to its court costs to the extent permitted under Rule 54(d)(1).

v) Google may submit a motion for an award of attorneys' fees, to the extent appropriate, under 35 U.S.C. § 285 within 14 days following the later of (1) the expiration of time to appeal this judgment without any appeal being filed; or (2) the issuance of a mandate following appeal to the United States Court of Appeals for the Federal Circuit that affirms this judgment in whole or part.

vi) This is a final, appealable judgment in this action.

| **O'KELLY ERNST & BIELLI, LLC** | **POTTER ANDERSON & CORROON LLP** |
|---|---|
| By: */s/ Sean T. O'Kelly*<br>Sean T. O'Kelly<br>901 North Market Street<br>Suite 1000<br>Wilmington, DE 19801<br>(302) 778-4000<br>(302) 295-2873 (fax)<br>sokelly@oeblegal.com | By: */s/ David E. Moore*<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |
| *Attorneys for Defendant and Counterclaim Plaintiff Geotag, Inc.* | *Attorneys for Plaintiff and Counterclaim-Defendant Google Inc.* |

Dated: October 7, 2014
1168168/ 40718

**SO ORDERED.**

Date:_____ _____
                                                                                 Honorable Richard G. Andrews